**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
05/08/2023 02:23 PM

## Business Details

| | |
|---|---|
| Business Name: | **TSUNAMI, INCORPORATED** |
| Entity Type: | **Domestic For-Profit Corporation** |
| Creation Date: | **10/04/1999** |
| Principal Office Address: | **3626 CALUMET AVE, HAMMOND, IN, 46320, USA** |
| Jurisdiction of Formation: | **Indiana** |
| Business ID: | **1999100121** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **10/31/2023** |
| Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | JOSEPH KOVERA | 3626 CALUMET AVE, HAMMOND, IN, 46320, USA |
| Secretary | JOSEPH KOVERA | 3626 CALUMET AVE, HAMMOND, IN, 46320, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| Richard Oster | Incorporator | 8025 Excelsior Dr., Ste 200, MADISON, WI, 53717 - 0000, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **JOSEPH KOVERA** |
| Address: | **3626 CALUMET AVE, HAMMOND, IN, 46320, USA** |