## USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 1 of 11

Search for case by number, title, court...

[Case Activity & Search](#) | Case Details

## Case Details

◀ Previous  |  1 of 2  |  Next ▶

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated v Joseph Kovera, ET AL.**

Reference ID: Jordyn Martinez v. Tsunami Incorporated; 2:22-cv-283

Submitted: 10/14/22

**Case #:** 2:22-CV-00283

**Party to Serve:** Tsunami Incorporated
1706 ASHLAWN LN, Waunakee, WI 53597 (Non-Served - Unknown)

**Party to Serve:** Joseph Kovera
3934 JOHNSON AVE, HAMMOND, IN 46327 (Non-Served - Unknown)

**Documents Category:** Summons and Complaint

**Court:** US District Court, Indiana, Northern District, Hammond
**Type:** Serve Only

### Status Overview

**Add a New Service Address** (Optional)

Restart service for Tsunami Incorporated by choosing a new address.

[ Choose Service Address ]

**Add a New Service Address** (Optional)

Restart service for Joseph Kovera by choosing a new address.

[ Choose Service Address ]

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Document Review | Service | Proof | Complete |

### Key Events                                                                                         View All Activity

| Messages 4 | Documents | Billing |
|---|---|---|

# USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 2 of 11

## Send a Message

Messages are monitored during business hours by customer support.

TF | Enter a message to send to ABC Legal customer support.
📎 Attach or Drag & Drop Documents

[ Send ]

**4 New Messages.** Mark All as Read

**Brian R.** Dec 15, 2022 2:13 PM | ABC Legal Customer Support

> Tracy, per our phone conversation both service will be attempted at the 201 N WESTSHORE DR APT 2506; CHICAGO, IL 60601 address.  Thanks.

**Tracy F.** Dec 14, 2022 2:09 PM

> Yes, please. Thank you!

**Summer B.** Dec 14, 2022 1:39 PM | ABC Legal Customer Support

> Hello Tracy,
>
> Its not a problem at all, I just want to ensure we proceed as you wish,
> I can see we are currently attempting at 3617 N BELL AVE CHICAGO, IL 60618 for Joesph Kovera, Would you like us to attempt for Tsunami Incorperated at that address as well?
>
> Thank you,
> Summer Burrows
> #AddAddress

**Tracy F.** Dec 13, 2022 8:48 AM

> Hello Summer!
>
> So sorry for the confusion. I can't see the address that we used for Joseph Kovera. You guys found it in an investigation for a new address. Are you able to see the new service address for Joseph Kovera?

**Summer B.** Dec 13, 2022 6:16 AM | ABC Legal Customer Support

> Hello Tracy,
>
> I apologise but upon review of this order I do not currently see another address for Tsunami Incorperated.
> You can specify which address you would like us to begin attempts at by entering the address using the red action item button on your job dashboard for fastest results.
>
> Thank you,
> Summer Burrows
> #AddAddress #ActionItem

**Tracy F.** Dec 12, 2022 1:49 PM

## Case Activity                                    ■ Expand All  |  ■ Collapse All

Send Message

**05/08/23 8:44 AM**

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 3 of 11**

Signed Proof of Non-Service for Tsunami Incorporated at 1706 ASHLAWN LN, Waunakee, WI 53597

05/05/23 12:20 PM
Non-service confirmed for **Tsunami Incorporated** at 1706 Ashlawn Ln, Waunakee, WI 53597-2333

05/05/23 12:19 PM
Service attempted upon **Tsunami Incorporated** at 1706 Ashlawn Ln, Waunakee, WI 53597-2333

05/03/23 11:53 AM
Service attempted upon **Tsunami Incorporated** at 1706 Ashlawn Ln, Waunakee, WI 53597-2333

05/02/23 6:01 PM
Process server received documents for Tsunami Incorporated

04/18/23 10:54 AM
Signed Proof of Non-Service for Joseph Kovera at 3934 JOHNSON AVE, HAMMOND, IN 46327

04/18/23 10:49 AM
Non-service confirmed for **Joseph Kovera** at 3934 Johnson Ave, Hammond, IN 46327-1138

04/18/23 10:47 AM
Service attempted upon **Joseph Kovera** at 3934 Johnson Ave, Hammond, IN 46327-1138

04/18/23 7:45 AM
Process server received documents for Joseph Kovera

04/17/23 9:15 AM
Tracy Freeman chose next service address for Joseph Kovera

04/06/23 3:56 PM
Signed Proof of Non-Service for Joseph Kovera at 1706 ASHLAWN LN, WAUNAKEE, WI 53597-2333, Waunakee, WI 53597

04/06/23 3:03 PM
Non-service confirmed for **Joseph Kovera** at 1706 Ashlawn Ln, Waunakee, WI 53597-2333

04/06/23 3:03 PM
Service attempted upon **Tsunami Incorporated** at 1706 Ashlawn Ln, Waunakee, WI 53597-2333

04/06/23 3:02 PM
Service attempted upon **Joseph Kovera** at 1706 Ashlawn Ln, Waunakee, WI 53597-2333

04/06/23 1:30 PM

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 4 of 11**

Process server received documents for Joseph Kovera

**04/06/23 1:24 PM**

Tracy Freeman chose next service address for Joseph Kovera

**04/06/23 1:23 PM**

Tracy Freeman chose next service address for Tsunami Incorporated

**03/11/23 9:53 PM**

Signed Proof of Non-Service for Tsunami Incorporated at 1311 W LUNT AVE #3S or 303, Chicago, IL 60626

**03/11/23 9:51 PM**

Signed Proof of Non-Service for Joseph Kovera at 1311 W Lunt Ave #3S or 303, Chicago, IL 60626

**03/11/23 5:56 PM**

Non-service confirmed for **Tsunami Incorporated** at 1311 W Lunt Ave, Chicago, IL 60626-3031

**03/11/23 5:54 PM**

Service attempted upon **Tsunami Incorporated** at 1311 W Lunt Ave, Chicago, IL 60626-3031

**03/11/23 5:53 PM**

Non-service confirmed for **Joseph Kovera** at 1311 W Lunt Ave, Chicago, IL 60626-3031

**03/11/23 5:48 PM**

Service attempted upon **Joseph Kovera** at 1311 W Lunt Ave, Chicago, IL 60626-3031

**03/09/23 10:25 PM**

Process server received documents for Joseph Kovera

**03/09/23 10:19 PM**

Process server received documents for Tsunami Incorporated

**03/09/23 1:43 PM**

Signed Proof of Non-Service for Joseph Kovera at 3644 N Bell Ave, Chicago, IL 60618

**03/09/23 11:37 AM**

Tracy Freeman chose next service address for Tsunami Incorporated

**03/09/23 11:36 AM**

Tracy Freeman chose next service address for Joseph Kovera

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 5 of 11**

03/09/23 11:00 AM
Non-service confirmed for **Joseph Kovera** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/08/23 8:23 PM
[Signed Proof of Non-Service](#) for Tsunami Incorporated at 3644 N BELL AVE 3644 N BELL AVE, CHICAGO, IL 60618-4820, CHICAGO, IL 60618

03/08/23 7:44 PM
Non-service confirmed for **Tsunami Incorporated** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/08/23 7:42 PM
Service attempted upon **Tsunami Incorporated** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/08/23 7:38 PM
Service attempted upon **Joseph Kovera** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/08/23 11:10 AM
Service attempted upon **Tsunami Incorporated** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/08/23 11:09 AM
Service attempted upon **Joseph Kovera** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/07/23 11:15 AM
Service attempted upon **Tsunami Incorporated** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/07/23 11:11 AM
Service attempted upon **Joseph Kovera** at 3644 N Bell Ave, Chicago, IL 60618-4820

03/06/23 10:37 PM
→ Process server received documents for Joseph Kovera

03/06/23 10:35 PM
→ Process server received documents for Tsunami Incorporated

03/06/23 1:59 PM
Tracy Freeman chose next service address for Tsunami Incorporated

03/06/23 1:56 PM
Tracy Freeman chose next service address for Joseph Kovera

02/21/23 4:22 AM
Action Item to Choose Next Service Address expired for Joseph Kovera

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 6 of 11**

02/20/23 4:23 AM
Action Item to Choose Next Service Address expired for Tsunami Incorporated

12/22/22 12:50 PM
Signed Proof of Non-Service for Joseph Kovera at 722 211TH ST, Dyer, IN 46311

12/22/22 12:47 PM
Action Needed: Choose next service address for Joseph Kovera

12/22/22 12:47 PM
Non-service confirmed for **Joseph Kovera** at 722 211th St, Dyer, IN 46311-1106

12/21/22 7:32 PM
Signed Proof of Non-Service for Tsunami Incorporated at 722 211TH ST, Dyer, IN 46311

12/21/22 5:55 PM
Service attempted upon **Joseph Kovera** at 722 211th St, Dyer, IN 46311-1106

12/21/22 5:55 PM
Action Needed: Choose next service address for Tsunami Incorporated

12/21/22 5:55 PM
Non-service confirmed for **Tsunami Incorporated** at 722 211th St, Dyer, IN 46311-1106

12/21/22 5:53 PM
Service attempted upon **Tsunami Incorporated** at 722 211th St, Dyer, IN 46311-1106

12/20/22 2:05 PM
Process server received documents for Tsunami Incorporated

12/20/22 12:39 PM
Process server received documents for Joseph Kovera

12/20/22 12:35 PM
Tracy Freeman chose next service address for Joseph Kovera

12/20/22 12:34 PM
Tracy Freeman chose next service address for Tsunami Incorporated

12/20/22 9:20 AM
Signed Proof of Non-Service for Joseph Kovera at 201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601

12/20/22 9:20 AM

Signed Proof of Non-Service for Tsunami Incorporated at 201 N. Westshore Drive Apt. 2506, Chicago, IL 60601

**12/19/22 5:36 PM**
Action Needed: Choose next service address for Joseph Kovera

**12/19/22 5:36 PM**
Non-service confirmed for **Joseph Kovera** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

**12/19/22 4:54 PM**
Action Needed: Choose next service address for Tsunami Incorporated

**12/19/22 4:54 PM**
Non-service confirmed for **Tsunami Incorporated** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

**12/19/22 4:42 PM**
Service attempted upon **Tsunami Incorporated** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

**12/19/22 4:39 PM**
Service attempted upon **Joseph Kovera** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

**12/15/22 4:13 PM**
Message from Brian Riebel

**12/14/22 9:47 PM**
Signed Proof of Non-Service for Joseph Kovera at 3617 N BELL AVE, CHICAGO, IL 60618

**12/14/22 4:09 PM**
Message from TF Tracy Freeman

**12/14/22 3:39 PM**
Message from Summer Burrows

**12/14/22 1:54 PM**
Documents dispatched to process server for Joseph Kovera at 201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601

**12/14/22 1:53 PM**
Documents dispatched to process server for Tsunami Incorporated at 201 N. Westshore Drive Apt. 2506, Chicago, IL 60601

**12/14/22 1:47 PM**
ABC Legal responded on your behalf and chose next service address for Tsunami Incorporated

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 8 of 11**

12/14/22 1:05 PM

■ Tracy Freeman chose next service address for Joseph Kovera

12/14/22 12:54 PM

■ Action Needed: Choose next service address for Joseph Kovera

12/14/22 12:54 PM

📋 Non-service confirmed for **Joseph Kovera** at 3617 N Bell Ave, Chicago, IL 60618-4819

12/14/22 12:53 PM

📋 Service attempted upon **Joseph Kovera** at 3617 N Bell Ave, Chicago, IL 60618-4819

12/14/22 9:43 AM

→ Process server received documents for Joseph Kovera

12/13/22 10:48 AM

💬 [Message](#) from  TF  Tracy Freeman

12/13/22 8:16 AM

💬 [Message](#) from  Summer Burrows

12/12/22 3:49 PM

💬 [Message](#) from  TF  Tracy Freeman

12/12/22 3:48 PM

■ Tracy Freeman chose next service address for Joseph Kovera

11/17/22 2:33 PM

✎ [Signed Proof of Non-Service](#) for Joseph Kovera at 201 N Westshore Drive Apt 2506, Chicago, IL 60601

11/17/22 2:32 PM

✎ [Signed Proof of Non-Service](#) for Tsunami Incorporated at 201 N Westhore Drive Apt 2506, Chicago, IL 60601

11/16/22 12:55 PM

■ Action Needed: Choose next service address for Joseph Kovera

11/16/22 12:55 PM

📋 Non-service confirmed for **Joseph Kovera** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

11/16/22 12:23 PM

■ Action Needed: Choose next service address for Tsunami Incorporated

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 9 of 11**

11/16/22 12:23 PM
Non-service confirmed for **Tsunami Incorporated** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

11/16/22 12:22 PM
Service attempted upon **Tsunami Incorporated** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

11/16/22 12:21 PM
Service attempted upon **Joseph Kovera** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

11/16/22 12:18 PM
Service attempted upon **Joseph Kovera** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

11/14/22 10:25 AM
Process server received documents for Joseph Kovera

11/13/22 3:54 PM
Service attempted upon **Tsunami Incorporated** at 201 N Westshore Dr Apt 2506, Chicago, IL 60601-7274

11/10/22 5:07 PM
Process server received documents for Tsunami Incorporated

11/09/22 3:53 PM
Tracy Freeman chose next service address for Joseph Kovera

11/09/22 3:52 PM
Tracy Freeman chose next service address for Tsunami Incorporated

11/04/22 6:17 AM
Signed Proof of Non-Service for Joseph Kovera at 3626 Calumet Avenue, Hammond, IN 46320

11/04/22 6:15 AM
Signed Proof of Non-Service for Tsunami Incorporated at 3626 Calumet Avenue, Hammond, IN 46320

11/03/22 7:18 PM
Action Needed: Choose next service address for Tsunami Incorporated

11/03/22 7:18 PM
Non-service confirmed for **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/03/22 7:14 PM
Service attempted upon **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/03/22 7:14 PM

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 10 of 11**

Action Needed: Choose next service address for Joseph Kovera

11/03/22 7:14 PM
Non-service confirmed for **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/03/22 7:11 PM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/03/22 3:20 PM
Service attempted upon **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/03/22 3:19 PM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/01/22 4:08 PM
Service attempted upon **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/01/22 4:08 PM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

11/01/22 8:15 AM
Process server received documents for Tsunami Incorporated

11/01/22 8:15 AM
Process server received documents for Joseph Kovera

10/31/22 2:05 PM
Documents dispatched to process server for Tsunami Incorporated at 3626 Calumet Avenue, Hammond, IN 46320

10/31/22 2:05 PM
Documents dispatched to process server for Joseph Kovera at 3626 Calumet Avenue, Hammond, IN 46320

10/24/22 5:27 PM
Service for Joseph Kovera has been reactivated by Brian Riebel.

10/24/22 5:27 PM
Service for Tsunami Incorporated has been reactivated by Brian Riebel.

10/24/22 4:33 PM
Message from Brian Riebel

**USDC IN/ND case 2:22-cv-00283-PPS-JPK   document 11-2   filed 05/18/23   page 11 of 11**

10/24/22 4:32 PM
Action Needed: Cancel or Resume Work Item on Hold for Tsunami Incorporated

10/24/22 4:32 PM
Service for Tsunami Incorporated has been canceled by Brian Riebel.

10/24/22 4:32 PM
Action Needed: Cancel or Resume Work Item on Hold for Joseph Kovera

10/24/22 4:32 PM
Service for Joseph Kovera has been canceled by Brian Riebel.

10/24/22 4:24 PM
Service attempted upon **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/24/22 4:22 PM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/24/22 4:21 PM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/22/22 9:22 AM
Service attempted upon **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/22/22 9:22 AM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/19/22 2:16 PM
Service attempted upon **Tsunami Incorporated** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/19/22 2:16 PM
Service attempted upon **Joseph Kovera** at 3626 Calumet Ave, Hammond, IN 46320-1125

10/17/22 11:34 AM
Filing confirmed. Case # **2:22-CV-00283** filed on **09/30/22** at **US District Court, Indiana, Northern District, Hammond**.

10/17/22 11:33 AM

FAQ & Documentation    Request a Feature

10/14/22 2:11 PM
Standard Delivery for Service of Process requested upon 2 parties