Civil Action No.    2:22-CV-00283

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tsunami Incorporated**
was recieved by me on  **10/18/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)* ; or

☒   I returned the summons unexecuted because **Unknown**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.


Date:   11/04/2022

_____
*Server's signature*

**Melody Pistello**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*


Additional information regarding attempted service, etc:

**10/19/2022 2:16 PM: I was unable to access the address due to business closed.  This is a business, adult entertainment,  Industrial Strip . Doors locked,  no answer.
10/22/2022 9:22 AM: I was unable to access the address due to business closed.
10/24/2022 4:24 PM: I placed a phone call to **********.  I spoke with a male over the phone who identified himself as Registered Agent Joseph Kovera. He related that he was currently out of town for at least a week and that I would have to call him back.
11/1/2022 4:08 PM: I placed a phone call to ********** resulting in leaving voice mail.   I left a message on the voice-mail for the Registered Agent,  Mr. Joseph Kovera.
11/3/2022 3:20 PM: I placed a phone call to ************ resulting in leaving voice mail.  Left message for Registered**




Tracking #: **0096048094**

Civil Action No.     **2:22-CV-00283**

**Agent Joseph Kovera.**
**11/3/2022 7:14 PM: I spoke with an individual who indicated they were the employee and they stated subject unknown. I spoke with an employee, doorman , white male 30's,  I asked for Registered Agent, for Tsunami Incorporated, Joseph Kovera . The employee related that nobody by subject's name is at this location and that this is Industrial Strip.**




Tracking #: **0096048094**