Civil Action No.    2:22-CV-00283

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Joseph Kovera**
was recieved by me on   **11/14/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒   I returned the summons unexecuted because **Other**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 129.00** for services, for a total of **$ 129.00**.

I declare under penalty of perjury that this information is true.

Date:   11/17/2022

_____
*Server's signature*

**Lavinia Charles**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**11/16/2022 12:18 PM: I spoke with an individual who indicated they were the management provided correct address for service and they stated subject known but never resided. I spoke with a property manager/landlord who says not resident.
11/16/2022 12:21 PM: I placed a phone call to 773-430-3643 resulting in new address provided. I spoke with Joseph Kovera. The individual appeared to be a male contact.**




Tracking #: **0096637286**