Civil Action No.   2:22-CV-00283

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Joseph Kovera
was recieved by me on  12/19/2022:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒ I returned the summons unexecuted because **Other**; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 129.00 for services, for a total of $ 129.00.

I declare under penalty of perjury that this information is true.

Date: 10-19-22

Server's signature

Christopher Rodriquez
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

12/19/2022 4:39 PM: I spoke with an individual who indicated they were the lobby security gaurd and they stated subject known but never resided. I spoke with an on-site worker who says not resident and a property manager/landlord who says not resident. The security guard in the lobby stated Joseph Kovera owns unit 2508, but does not reside there, it's rented out. Unable to serve.




Tracking #: 0098181234