# Table of Contents

**Subject Information:** .................................................................................................................................... 2

**Locate Report Summary** ............................................................................................................................ 2

**Possible Employers** ................................................................................................................................... 2

**Best Addresses to mail:** ............................................................................................................................ 3

**Possible Email Addresses:** ....................................................................................................................... 3

**Best Numbers to call for subject:** ............................................................................................................. 3

**Commercial Numbers found at subject's addresses:** .............................................................................. 4

**Best Relatives Phone Numbers:** ............................................................................................................... 4

**Best 1st Degree Relatives Phone Numbers:** ............................................................................................ 4

**Current Vehicles:** ...................................................................................................................................... 4

**Past Vehicles:** ......................................................................................................................................... 10

**Current Property Deeds:** ......................................................................................................................... 18

**Past Property Deeds:** .............................................................................................................................. 28

**Business Associations:** ........................................................................................................................... 42

**Corporations:** .......................................................................................................................................... 43

**Liens:** ...................................................................................................................................................... 52

**Judgments:** ............................................................................................................................................. 53

**Bankruptcy Records (None Found)** ......................................................................................................... 53

## Important:                                                          ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Locate Report

**Locate Report**
**Date:** 05/08/2023
Reference ID: **NONE**

## Subject Information:

Name: **JOSEPH J KOVERA**
Name: **JOE J KOVERA**
Name: **JOE D KOVERA**
Name: **JOSEPH A KOVERA**
Name: **JOSEPH KOVERA DEANDA**
Name: **JOE KOVERA**
Name: **J KOVERA**
Name: **JOSEPH KOAVERA**
Name: **JOSEPH J KOVERA JUNIOR**
Name: **J J KOVERA**

Date of Birth: **XX/XX/1960** Born **62** Years Ago
Gender: **Male**
SSN: **XXX-XX-2693**, issued in **ILLINOIS** in **1974-1975**

## Locate Report Summary

Bankruptcies: **None found**
Possible Phones: **17 found**
Driver's License: **1 found**
Address(es) found: **4 found**
Possible Criminal Records: **Yes**

## Possible Employers

Business Name: **JJR PROPERTIES OF IND., LLC (06/13/2000 to 04/19/2023)** [ View Business Record ]

Phone: **(773) 325-1136 (CT) JJR PROPERTIES OF IND., LLC**
Address: **3617 N BELL AVE, CHICAGO, IL 60618 (COOK COUNTY)**

Business Name: **I M LOOKING INCORPORATED (05/09/2005 to 01/30/2023)**

Business Name: **PENTACORP COMMUNICATIONS INC (06/16/2007 to 01/30/2023)**

Business Name: **INDUSTRIAL STRIP (1999 to 12/01/2022)** [ View Business Record ]
Phone: **(219) 937-9750 (CT) INDUSTRIAL STRIP**
Address: **3626 CALUMET AVE, HAMMOND, IN 46320 (LAKE COUNTY)**

Business Name: **TSUNAMI INCORPORATED (07/13/2016 to 03/21/2022)** [ View Business Record ]
Address: **3626 CALUMET AVE, HAMMOND, IN 46320 (LAKE COUNTY)**

Business Name: **TWIN PEAKS INCORPORATED (07/13/2021)** [ View Business Record ]
Address: **251 E OHIO ST STE 1100, INDIANAPOLIS, IN 46204 (MARION COUNTY)**

Business Name: **HUNTER ELLIS, INC. (04/06/2018)** [ View Business Record ]
Address: **PO BOX 577675, CHICAGO, IL 60657 (COOK COUNTY)**

Business Name: **PRETTY UGLY (04/06/2018)** [ View Business Record ]
Address: **3644 N BELL AVE, CHICAGO, IL 60618 (COOK COUNTY)**

Business Name: **NEW ORLEANS GRILL INC (04/10/2015 to 04/05/2018)** [ View Business Record ]
Address: **3626 CALUMET AVE, HAMMOND, IN 46320 (LAKE COUNTY)**

Business Name: **PRETTY UGLY INC (07/13/2016)** [ View Business Record ]
Address: **3626 CALUMET AVE, HAMMOND, IN 46320 (LAKE COUNTY)**

Business Name: **PENTA CORP (05/23/2014 to 05/24/2014)**

Business Name: **PENTA CORP (05/23/2014 to 05/24/2014)**
Phone: **(773) 388-0811 (CT) PENTA CORP**

Business Name: **ICHIBAHN INCORPORATED (03/21/2006)** [ View Business Record ]
Address: **3626 CALUMET AVE, HAMMOND, IN 46320 (LAKE COUNTY)**


## Best Addresses to mail:

**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)** (04/22/2005 to 05/08/2023)
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)** (04/01/2002 to 04/06/2023)
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)** (06/18/1997 to 01/13/2023)
**1311 W LUNT AVE # 303, CHICAGO, IL 60626-3031 (COOK COUNTY)** (12/02/2014 to 12/03/2019)


## Possible Email Addresses:

isboss@hotmail.com (100%)
lydia_munoz@yahoo.com (42%)


## Best Numbers to call for subject:

**(773) 325-1514** (CT) VoIP (100%)
**(312) 206-7738** (CT) Mobile (100%)
**(773) 562-0183** (CT) Mobile (100%)
**(773) 388-0811** (CT) Active Land Line (100%)

**(708) 802-1819** (CT) Mobile (88%)
**(312) 623-3134** (CT) Mobile (86%)
**(312) 576-9136** (CT) Mobile (78%)
**(708) 694-2116** (CT) Land Line (72%)
**(708) 694-9421** (CT) Land Line (70%)
**(630) 964-5410** (CT) Land Line (66%)
**(312) 401-9461** (CT) Mobile (66%)
**(561) 218-4575** (ET) VoIP (66%)
**(219) 937-1830** (CT) Land Line (66%)
**(773) 325-1208** (CT) Land Line (66%)
**(219) 980-4127** (CT) Land Line (66%)
**(773) 862-0790** (CT) Mobile (66%)
**(773) 472-1283** (CT) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**(312) 938-8959 (CT)**
**CLEANERS LANCASTER**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY) (04/22/2005 to 05/08/2023)**

**(312) 540-0790 (CT)**
**AT SHOREWEST LANCASTER**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY) (04/22/2005 to 05/08/2023)**

**(773) 325-1136 (CT)**
**JJR PROPERTIES OF IND., LLC**
**3617 N BELL AVE, CHICAGO, IL 60618 (COOK COUNTY) (06/13/2000 to 04/19/2023)**

**(219) 937-9750 (CT)**
**INDUSTRIAL STRIP**
**3626 CALUMET AVE, HAMMOND, IN 46320 (LAKE COUNTY) (1999 to 12/01/2022)**

**(773) 388-0811 (CT)**
**PENTA CORP**
 **(05/23/2014 to 05/24/2014)**

## Best Relatives Phone Numbers:

**None Found**
## Best 1st Degree Relatives Phone Numbers:

**EVA T DEANDA** Age: 62  **[ View Person Record ]**
**(773) 764-7924**  (CT) (100%)

**SOLEDAD DEANDA V** Age: 61  **[ View Person Record ]**
**(312) 623-3134**  (CT) (86%)

**DARIELA DORA DEANDA** Age: 57  **[ View Person Record ]**
**(773) 743-2176**  (CT) (100%)

## Current Vehicles:

**2012 NISSAN** - Series: **S**  - Model: **VERSA**
VIN: 3N1BC1CP2CL367040
Possible Current Vehicle
Body Style:  **HATCHBACK  4 Door**   - Vehicle Type: **Passenger Car**
Weight: **2693** lbs -Length: **169.1**"
Colors: **Rose and Beige**
Most Current Tag #:  **IL N978091** Valid from: **(11/10/2011 to 11/30/2023)**
Doors: **4**
MSRP: **$14,670 - $18,590**
Plant: **AGUASCALIENTES, MEXICO**
Restraint Type: **DRIVER AND PASSENGER FRONT AND SIDE IMPACT AIRBAGS WITH PASSENGER SENSING DEACTIVATION, AND FRONT AND REAR SIDE-CURTAIN AIRBAGS**
Gross Vehicle Weight Range: **3001-4000**
Gross Vehicle Weight Rating: **3330**
Height: **60.4**
Width: **66.7**
Wheel Base: **102.4**
Wheel Dimensions: **15.0 X 5.5**
Max Payload: **860**
Drive Type: **FWD**
Fuel: **GAS 13.2 Gallon**
Engine: **1.8L INLINE4 NATURALLY ASPIRATED**
Transmission: **4 - 6 Speed MANUAL; AUTOMATIC; CONTINUOUSLY VARIABLE**
**Most Current Owner/Registrant/Lien Information  - 11/10/2011 to 11/30/2023**

**Title Holders**
**EVA DEANDA** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**JOSEPH KOVERA** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
DOB: **XX/1960**, Born **62** years ago
Title Number: **X1321691624**
State Titled In: **IL**
Original Title Date: **11/17/2011**
Title Transfer Date: **11/17/2011**

**Lien Holders**
**STAR NISSAN**

**Lessors**
**None Found**

**Registrant**
**EVA DEANDA**[ View Person Record ]
 Registered: **11/10/2011** to **11/30/2023**
**Addresses Registered to While owned by EVA DEANDA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(05/24/2021 to 02/04/2023)**
**1311 W LUNT AVE # 303, CHICAGO, IL 60626-3031 (COOK COUNTY)(12/01/2015 to 12/03/2019)**
**1311 W LUNT AVE, CHICAGO, IL 60626-3031 (COOK COUNTY)(12/03/2012)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(11/10/2011)**
**Registrant**
**JOSEPH KOVERA**[ View Person Record ]
 Registered: **11/10/2011** to **11/30/2023**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(05/24/2021 to 02/04/2023)**
**1311 W LUNT AVE # 303, CHICAGO, IL 60626-3031 (COOK COUNTY)(12/02/2014 to 12/03/2019)**

**1311 W LUNT AVE, CHICAGO, IL 60626-3031 (COOK COUNTY)(12/03/2012 to 12/03/2013)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(11/10/2011)**
**Vehicle Tag History**
License Plate: **IL N978091** Valid from: **(11/10/2011 to 11/30/2023)**


**2010 CADILLAC** - Series: **PREMIUM** - Model: **ESCALADE**
VIN: 1GYUKCEF9AR195307
Possible Current Vehicle
Body Style: **SUV  4 Door  7P** - Vehicle Type: **Truck**
Weight: **5715** lbs -Length: **202.5"**
Color: **White**
Most Current Tag #: **IL Z539776** Valid from: **(11/20/2015 to 11/30/2023)**
Doors: **4**
MSRP: **$73,550**
Plant: **ARLINGTON, TEXAS**
Restraint Type: **DUAL FRONT AND FRONT SIDE AIRBAGS WITH OCCUPANT SENSOR, AND ALL ROW SIDE CURTAIN AIRBAGS WITH ROLLOVER SENSOR**
Gross Vehicle Weight Range: **7001-8000**
Gross Vehicle Weight Rating: **7300**
Height: **74.3**
Width: **79**
Wheel Base: **116**
Wheel Dimensions: **22.0 X 9.0**
Max Payload: **1609**
Drive Type: **AWD**
Fuel: **FLEX FUEL 26 Gallon**
Engine: **6.2L V8 NATURALLY ASPIRATED**
Transmission: **6 Speed AUTOMATIC**
**Most Current Owner/Registrant/Lien Information  - 05/17/2010 to 11/30/2023**

**Title Holders**
**SOLEDAD DEANDA V** [ View Person Record ]
**3617 W BELLE PLAINE AVE, CHICAGO, IL 60618-2101 (COOK COUNTY)**
DOB: **XX/XX/1962**, Born **61** years ago
**JOSEPH J KOVERA** [ View Person Record ]
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**3617 W BELLE PLAINE AVE, CHICAGO, IL 60618-2101 (COOK COUNTY)**
DOB: **XX/1960**, Born **62** years ago
**SOLEDAD V DEANDA** [ View Person Record ]
**3617 W BELLE PLAINE AVE, CHICAGO, IL 60618-2101 (COOK COUNTY)**
DOB: **XX/XX/1962**, Born **61** years ago
Title Number: **153386840730**
State Titled In: **IL**
Original Title Date: **12/04/2015**
Title Transfer Date: **12/04/2015**

**Lien Holders**
**ALLY BANK**

**Lessors**
**None Found**
**Title Holders**
**SOLEDAD DEANDA V** [ View Person Record ]
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
**JOSEPH J KOVERA** [ View Person Record ]
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
DOB: **XX/1960**, Born **62** years ago
Title Number: **0104423125**
State Titled In: **FL**

Original Title Date: **06/08/2010**
Title Transfer Date: **06/08/2010**

**Lien Holders**
**GMAC FINANCIAL SERVICES**

**Lessors**
**None Found**

**Registrant**
**JOSEPH J KOVERA**[ View Person Record ]
Registered: **05/17/2010** to **11/30/2023**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH J KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(11/20/2015 to 03/21/2023)**
**3617 W BELLE PLAINE AVE, CHICAGO, IL 60618-2101 (COOK COUNTY)(11/20/2015 to 10/31/2016)**
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)(05/17/2010 to 10/30/2013)**
**Registrant**
**SOLEDAD DEANDA V**[ View Person Record ]
Registered: **05/18/2011** to **11/30/2023**
DOB: **XX/XX/1962**, Born **61** years ago
**Addresses Registered to While owned by SOLEDAD DEANDA V**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(12/04/2017 to 03/21/2023)**
**3617 W BELLE PLAINE AVE, CHICAGO, IL 60618-2101 (COOK COUNTY)(11/20/2015 to 10/31/2016)**
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)(05/18/2011 to 10/30/2013)**
**Registrant**
**SOLEDAD V DEANDA**[ View Person Record ]
Registered: **11/20/2015** to **11/30/2023**
DOB: **XX/XX/1962**, Born **61** years ago
**Addresses Registered to While owned by SOLEDAD V DEANDA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(12/04/2017 to 03/21/2023)**
**3617 W BELLE PLAINE AVE, CHICAGO, IL 60618-2101 (COOK COUNTY)(11/20/2015 to 10/31/2016)**
**Vehicle Tag History**
License Plate: **IL Z539776** Valid from: **(11/20/2015 to 11/30/2023)**
Previous License Plate: **FL SEEA15**
License Plate: **FL SEEA15** Valid from: **(05/18/2011 to 10/31/2015)**
Previous License Plate: **FL AIQ7601**
License Plate: **FL AIQ7601** Valid from: **(05/17/2010 to 06/15/2010)**


**2019 CHEVROLET** - Series: **K1500 PREMIER** - Model: **SUBURBAN**
VIN: 1GNSKJKC8KR401947
Possible Current Vehicle
Body Style: **SUV  4 Door  7P** - Vehicle Type: **Truck**
Weight: **5808** lbs -Length: **224.4**"
Colors: **White and White**
Most Current Tag #: **IL BH75547** Valid from: **(10/11/2019 to 09/30/2023)**
Doors: **4**
MSRP: **$68,500**
Plant: **ARLINGTON, TEXAS**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AND SIDE AIRBAGS WITH PASSENGER SENSING DEACTIVATION,**
**FRONT CENTER AIRBAG, AND ALL ROW SIDE CURTAIN AIRBAGS WITH ROLLOVER SENSOR.**
Gross Vehicle Weight Range: **7001-8000**
Gross Vehicle Weight Rating: **7500**
Height: **74.4**
Width: **80.5**
Wheel Base: **130**
Wheel Dimensions: **20.0 X 9.0**
Max Payload: **1670**
Drive Type: **4X4**

Fuel: **GAS 31 Gallon**
Engine: **5.3L V8 NATURALLY ASPIRATED**
Transmission: **6 Speed AUTOMATIC**
**Most Current Owner/Registrant/Lien Information  - 10/11/2019 to 09/30/2023**

**Title Holders**
**JOSEPH KOVERA** [ View Person Record ]
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**SOLEDAD V DEANDA** [ View Person Record ]
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Title Number: **192906934210**
State Titled In: **IL**
Original Title Date: **10/17/2019**
Title Transfer Date: **10/17/2019**

**Lien Holders**
**GM FINANCIAL**
**PO BOX 1510, COCKEYSVILLE, MD 21030-7510 (BALTIMORE COUNTY)**

**Lessors**
**None Found**

**Registrant**
**SOLEDAD V DEANDA**[ View Person Record ]
 Registered: **10/11/2019** to **09/30/2023**
**Addresses Registered to While owned by SOLEDAD V DEANDA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(10/15/2021 to 10/04/2022)**
**Registrant**
**JOSEPH KOVERA**[ View Person Record ]
 Registered: **10/11/2019** to **09/30/2023**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(10/11/2019 to 10/04/2022)**
**Vehicle Tag History**
License Plate: **IL BH75547** Valid from: **(10/11/2019 to 09/30/2023)**


**2013 CADILLAC** - Series: **BASE**  - Model: **CTS-V**
VIN: 1G6DV1EP8D0107188
Possible Current Vehicle
Body Style:  **COUPE  2 Door  4P**  - Vehicle Type: **Passenger Car**
Weight: **3909** lbs -Length: **188.5**"
Colors: **Black and Black**
Most Current Tag #: **IL V431094** Valid from: **(06/12/2014 to 05/31/2023)**
Doors: **2**
MSRP: **$63,215**
Plant: **LANSING, MICHIGAN**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AIRBAGS WITH OCCUPANT SENSING DEACTIVATION, FRONT SIDE AIRBAGS AND FRONT AND REAR SIDE CURTAIN AIRBAGS.**
Height: **56**
Width: **74.1**
Wheel Base: **113.4**
Wheel Dimensions: **19.0 X 9.0**
Drive Type: **RWD**
Fuel: **GAS 18 Gallon**
Engine: **6.2L V8 SUPER CHARGED**
**Most Current Owner/Registrant/Lien Information  - 06/12/2014 to 05/31/2023**

**Title Holders**
**JOSEPH KOVERA** [ View Person Record ]

**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**SOLEDAD DEANDA V** [ View Person Record ]
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Title Number: **141686925680**
State Titled In: **IL**
Original Title Date: **06/17/2014**
Title Transfer Date: **06/17/2014**

**Lien Holders**
**US BANK**

**U S BANK NA**
**PO BOX 3427, OSHKOSH, WI 54903-3427 (WINNEBAGO COUNTY)**

**Lessors**
**None Found**

**Registrant**
**JOSEPH KOVERA**[ View Person Record ]
 Registered: **06/12/2014** to **05/31/2023**
**Addresses Registered to While owned by JOSEPH KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(06/12/2014 to 06/08/2022)**
**Registrant**
**SOLEDAD DEANDA V**[ View Person Record ]
 Registered: **06/12/2014** to **05/31/2023**
**Addresses Registered to While owned by SOLEDAD DEANDA V**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(06/12/2014 to 06/08/2022)**
**Vehicle Tag History**
License Plate: **IL V431094** Valid from: **(06/12/2014 to 05/31/2023)**
Previous License Plate: **MA 359VH8**

**Previous Owner/Registrant/Lien Information**

**Title Holders**
Title Number: **BL850231**
State Titled In: **MA**
Original Title Date: **11/23/2012**
Title Transfer Date: **11/23/2012**

**Lien Holders**
**None Found**

**Lessors**
**USB LEASING LT**
**1850 OSBORN AVE, OSHKOSH, WI 54902-6197 (WINNEBAGO COUNTY)**

**Registrant**
**None Found**
**Vehicle Tag History**
License Plate: **MA 359VH8**

**Previous Owner/Registrant/Lien Information**

**Title Holders**
Title Number: **000000**
State Titled In: **MA**

**Lien Holders**
**None Found**

**Lessors**
**USB LEASING LT**
**1850 OSBORN AVE, OSHKOSH, WI 54902-6197 (WINNEBAGO COUNTY)**

**Registrant**
**None Found**

# Past Vehicles:

**2004 CADILLAC** - Series: **ESV**  - Model: **ESCALADE**
VIN: 3GYFK66N64G209393
Body Style: **SUV  4 Door  8P**  - Vehicle Type: **Truck**
Weight: **5820** lbs -Length: **221.4**"
Color: **Maroon or Burgundy**
Most Current Tag #: **IL CW93027** Valid from: **(06/17/2021 to 06/30/2022)**
Doors: **4**
MSRP: **$58,785 - $70,155**
Plant: **SILAO, MEXICO**
Restraint Type: **DRIVER AND PASSENGER FRONT AND FRONT SIDE AIRBAGS, ACTIVE BELTS**
Gross Vehicle Weight Range: **7001-8000**
Gross Vehicle Weight Rating: **7200**
Height: **75 - 75.7**
Width: **79.5**
Wheel Base: **130**
Wheel Dimensions: **17.0; 20.0**
Max Payload: **1267 - 1380**
Drive Type: **AWD**
Fuel: **GAS 31 Gallon**
Engine: **6.0L V8 NATURALLY ASPIRATED**
Transmission: **4 Speed AUTOMATIC**
**Most Current Owner/Registrant/Lien Information  - 06/17/2021 to 06/30/2022**

**Title Holders**
**JESSICA TORRES** [ View Person Record ]
**4656 W 87TH ST APT 1, CHICAGO, IL 60652-3548 (COOK COUNTY)**
Title Number: **211796933470**
State Titled In: **IL**
Original Title Date: **06/28/2021**
Title Transfer Date: **06/28/2021**

**Lien Holders**
**JESSICA TORRES**

**Lessors**
**None Found**

**Registrant**
**JESSICA TORRES**[ View Person Record ]
 Registered: **06/17/2021** to **06/30/2022**
DOB: **XX/1988**, Born **34** years ago
**Addresses Registered to While owned by JESSICA TORRES**
**4656 W 87TH ST APT 1, CHICAGO, IL 60652-3548 (COOK COUNTY)(06/17/2021)**
**Vehicle Tag History**
License Plate: **IL CW93027** Valid from: **(06/17/2021 to 06/30/2022)**

**Previous Owner/Registrant/Lien Information  - 04/14/2011 to 04/30/2020**

**Title Holders**
**SOLEDAD V DEANDA** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**JOSEPH KOVERA** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
DOB: **XX/1960**, Born **62** years ago
Title Number: **X1125672201**
State Titled In: **IL**
Original Title Date: **05/05/2011**
Title Transfer Date: **05/05/2011**

**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**SOLEDAD V DEANDA**[ View Person Record ]
Registered: **04/14/2011** to **04/30/2020**
**Addresses Registered to While owned by SOLEDAD V DEANDA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(04/14/2011)**
**Registrant**
**JOSEPH KOVERA**[ View Person Record ]
Registered: **04/14/2011** to **04/30/2020**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(05/06/2014 to 05/08/2019)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(04/14/2011 to 05/03/2013)**
**Vehicle Tag History**
License Plate: **IL L635209** Valid from: **(04/14/2011 to 04/30/2020)**
Previous License Plate: **IN 430CO**

**2004 CADI**
VIN: 3GTFK66N64G209393
Body Style: **Rugged Terrain**  - Vehicle Type: **Unknown**
Most Current Tag #: **IL L635209** Valid from: **(04/14/2011 to 04/30/2019)**
**Most Current Owner/Registrant/Lien Information  - 04/14/2011 to 04/30/2019**

**Title Holders**
**None Found**

**Registrant**
**JOSEPH KOVERA**[ View Person Record ]
Registered: **04/14/2011** to **04/30/2019**
**Addresses Registered to While owned by JOSEPH KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(06/16/2015 to 04/25/2018)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(04/14/2011 to 05/03/2013)**
**Registrant**
**SOLEDAD V DEANDA**[ View Person Record ]
Registered: **04/14/2011** to **04/30/2019**
**Addresses Registered to While owned by SOLEDAD V DEANDA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(06/16/2015 to 04/25/2018)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(04/14/2011 to 05/03/2013)**
**Vehicle Tag History**
License Plate: **IL L635209** Valid from: **(04/14/2011 to 04/30/2019)**

**2004 INFINITI** - Series: **BASE** - Model: **QX56**
VIN: 5N3AA08C74N808079
Body Style: **SUV  4 Door  8P** - Vehicle Type: **Truck**
Weight: **5449** lbs -Length: **206.9**"
Color: **White**
Most Current Tag #: **IL BA39162** Valid from: **(11/16/2018 to 11/30/2023)**
Doors: **4**
MSRP: **$51,080**
Plant: **CANTON, MISSISSIPPI**
Restraint Type: **DRIVER AND PASSENGER FRONT, FRONT SIDE, FRONT, REAR AND THIRD ROW HEAD AIRBAGS, ACTIVE BELTS**
Gross Vehicle Weight Range: **7001-8000**
Gross Vehicle Weight Rating: **7100**
Height: **78.7**
Width: **78.8**
Wheel Base: **123.2**
Wheel Dimensions: **18.0**
Max Payload: **1469**
Drive Type: **4WD**
Fuel: **GAS 28 Gallon**
Engine: **5.6L V8 NATURALLY ASPIRATED**
Transmission: **5 Speed AUTOMATIC**
**Most Current Owner/Registrant/Lien Information  - 11/16/2018 to 11/30/2023**


**Title Holders**
**None Found**


**Registrant**
**MIGUEL A LOPEZ PEREIRA**[ View Person Record ]
 Registered: **11/16/2018** to **11/30/2023**
**Addresses Registered to While owned by MIGUEL A LOPEZ PEREIRA**
**3841 W 25TH ST # 1, CHICAGO, IL 60623-3834 (COOK COUNTY)(11/16/2018 to 11/29/2022)**
**Vehicle Tag History**
License Plate: **IL BA39162** Valid from: **(11/16/2018 to 11/30/2023)**


**Previous Owner/Registrant/Lien Information  - 12/11/2010 to 10/31/2017**


**Title Holders**
**SOLEDAD DEANDA V** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**JOSEPH J KOVERA** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
DOB: **XX/1960**, Born **62** years ago
Title Number: **X1293773027**
State Titled In: **IL**
Original Title Date: **10/20/2011**
Title Transfer Date: **10/20/2011**


**Lien Holders**
**PLS CHECK CASHERS**


**Lessors**
**None Found**


**Registrant**
**SOLEDAD DEANDA V**[ View Person Record ]
 Registered: **12/11/2010** to **10/31/2017**
**Addresses Registered to While owned by SOLEDAD DEANDA V**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(09/19/2013 to 10/31/2016)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(11/10/2011 to 09/20/2012)**
**Registrant**

**JOSEPH J KOVERA**[ View Person Record ]
 Registered: **12/11/2010** to **10/31/2017**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH J KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(09/19/2013 to 10/31/2016)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(12/11/2010 to 09/20/2012)**
**Vehicle Tag History**
License Plate: **IL L298780** Valid from: **(12/11/2010 to 10/31/2017)**


**2000 CHEVROLET** - Series: **BASE**  - Model: **CORVETTE**
VIN: 1G1YY22G7Y5128552
Body Style:  **COUPE  2 Door  2P**   - Vehicle Type: **Passenger Car**
Weight: **3173** lbs -Length: **179.7**"
Most Current Tag #: **IL H809233** Valid from: **(06/07/2010 to 06/30/2015)**
Doors: **2**
MSRP: **$39,925**
Plant: **BOWLING GREEN, KENTUCKY**
Restraint Type: **DRIVER AND PASSENGER FRONT AIRBAGS, ACTIVE BELTS**
Height: **47.7**
Width: **73.6**
Wheel Base: **104.5**
Wheel Dimensions: **17.0**
Drive Type: **RWD**
Fuel: **GAS 18 Gallon**
Engine: **5.7L V8 NATURALLY ASPIRATED**
**Most Current Owner/Registrant/Lien Information  - 06/13/2000 to 06/30/2015**


**Title Holders**
**JOSEPH J KOVERA** [ View Person Record ]
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)**
**SOLEDAD DEANDA** [ View Person Record ]
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)**
Title Number: **T0209205004**
State Titled In: **IL**
Original Title Date: **07/27/2000**
Title Transfer Date: **07/27/2000**

**Lien Holders**
**FIRST MIDWEST BANK**
**PO BOX 6480, VERNON HILLS, IL 60061-6480 (LAKE COUNTY)**

**Lessors**
**None Found**

**Registrant**
**JOSEPH J KOVERA**[ View Person Record ]
 Registered: **06/13/2000** to **06/30/2015**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH J KOVERA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(07/11/2013 to 07/14/2014)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(04/08/2002 to 05/23/2012)**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)(06/13/2000 to 06/20/2001)**
**Registrant**
**SOLEDAD DEANDA**[ View Person Record ]
 Registered: **06/13/2000** to **06/30/2015**
**Addresses Registered to While owned by SOLEDAD DEANDA**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)(07/11/2013 to 07/14/2014)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(04/08/2002 to 05/23/2012)**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)(06/13/2000 to 06/20/2001)**

**Vehicle Tag History**
License Plate: **IL H809233** Valid from: **(06/07/2010 to 06/30/2015)**
Previous License Plate: **IL 8929792**
License Plate: **IL 8929792** Valid from: **(07/17/2006 to 07/31/2008)**
Previous License Plate: **IL J971556**
License Plate: **IL J971556** Valid from: **(06/13/2000 to 05/31/2005)**


**1999 JEEP** - Series: **LIMITED** - Model: **GRAND CHEROKEE**
VIN: 1J4GW68N9XC741721
Body Style: **SUV  4 Door  5P** - Vehicle Type: **Truck**
Weight: **3809** lbs -Length: **181.5**"
Most Current Tag #: **IL 7469888** Valid from: **(10/19/2004 to 08/31/2012)**
Doors: **4**
MSRP: **$34,620**
Plant: **JEFFERSON, DETROIT, MICHIGAN**
Restraint Type: **DRIVER AND PASSENGER FRONT AIRBAGS, ACTIVE BELTS**
Gross Vehicle Weight Range: **5001-6000**
Height: **69.4**
Width: **72.3**
Wheel Base: **105.9**
Wheel Dimensions: **16.0**
Drive Type: **4WD**
Fuel: **GAS 20 Gallon**
Engine: **4.7L V8 NATURALLY ASPIRATED**
Transmission: **4 Speed AUTOMATIC**
**Most Current Owner/Registrant/Lien Information  - 10/19/2004 to 08/31/2012**

**Title Holders**
**EVA DEANDA** [ View Person Record ]
**1311 W LUNT AVE # 303, CHICAGO, IL 60626-3031 (COOK COUNTY)**
Title Number: **X4299207015**
State Titled In: **IL**
Original Title Date: **10/25/2004**
Title Transfer Date: **10/25/2004**


**Lien Holders**
**None Found**

**Lessors**
**None Found**
**Title Holders**
**EVA DEANDA** [ View Person Record ]
**1311 W LUNT AVE # 303, CHICAGO, IL 60626-3031 (COOK COUNTY)**
DOB: **XX/1961**, Born **62** years ago
Title Number: **X4299207015**
State Titled In: **IL**
Original Title Date: **08/18/2004**
Title Transfer Date: **08/18/2004**


**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**EVA DEANDA**[ View Person Record ]
 Registered: **10/19/2004** to **08/31/2012**
DOB: **XX/1961**, Born **62** years ago

**Addresses Registered to While owned by EVA DEANDA**
**1311 W LUNT AVE # 303, CHICAGO, IL 60626-3031 (COOK COUNTY)(10/19/2004 to 09/07/2011)**
**Vehicle Tag History**
License Plate: **IL 7469888** Valid from: **(10/19/2004 to 08/31/2012)**
Previous License Plate: **IL F891845**


**Previous Owner/Registrant/Lien Information  - 06/24/1999 to 06/15/2005**


**Title Holders**
**JOSEPH J KOVERA** [ View Person Record ]
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)**
**SOLEDAD V DEANDA** [ View Person Record ]
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)**
Title Number: **T9182588047**
State Titled In: **IL**
Original Title Date: **06/12/1999**
Title Transfer Date: **07/01/1999**


**Lien Holders**
**CHRYSLER FINANCIAL CO.**
**901 WARRENVILLE RD STE 500, LISLE, IL 60532-4319 (DUPAGE COUNTY)**


**Lessors**
**None Found**


**Registrant**
**SOLEDAD DEANDA V**[ View Person Record ]
 Registered: **06/24/1999** to **06/15/2005**
**Addresses Registered to While owned by SOLEDAD DEANDA V**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(07/24/2002 to 05/01/2003)**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)(06/24/1999 to 07/24/2001)**
**Registrant**
**JOSEPH J KOVERA**[ View Person Record ]
 Registered: **06/24/1999** to **06/15/2005**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH J KOVERA**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)(07/24/2002 to 04/28/2004)**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)(06/24/1999 to 07/24/2001)**
**Vehicle Tag History**
License Plate: **IL F891845** Valid from: **(06/24/1999 to 06/15/2005)**


**1996 SATURN** - Series: **SL1**  - Model: **S SERIES**
VIN: 1G8ZH5287TZ164288
Body Style:  **SEDAN  4 Door  5P**  - Vehicle Type: **Passenger Car**
Weight: **2277** lbs -Length: **176.8"**
Doors: **4**
MSRP: **$11,785**
Plant: **SPRINGHILL, TENNESSEE**
Restraint Type: **DRIVER AND PASSENGER FRONT AIRBAGS, ACTIVE BELTS**
Height: **54.5**
Width: **66.7**
Wheel Base: **102.4**
Wheel Dimensions: **14.0**
Drive Type: **FWD**
Fuel: **GAS 12 Gallon**
Engine: **1.9L INLINE4 NATURALLY ASPIRATED**
Transmission: **4 Speed AUTOMATIC**
**Most Current Owner/Registrant/Lien Information**

**Title Holders**

CITY AUTO WRECKERS INC.
**690 MCCLURE RD, AURORA, IL 60502-8788 (KANE COUNTY)**
Title Number: **X6033080007**
State Titled In: **IL**
Original Title Date: **02/02/2006**
Title Transfer Date: **02/02/2006**

**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**None Found**

**Previous Owner/Registrant/Lien Information**

**Title Holders**

ALLSTATE INSURANCE CO.
**1475 BLUFF CITY BLVD, ELGIN, IL 60120-7419 (COOK COUNTY)**
Title Number: **X5334065004**
State Titled In: **IL**
Original Title Date: **11/30/2005**
Title Transfer Date: **11/30/2005**

**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**None Found**

**Previous Owner/Registrant/Lien Information  - 11/04/2003 to 10/31/2006**

**Title Holders**
**DARIELA DEANDA** [ View Person Record ]
**1233 W LUNT AVE, CHICAGO, IL 60626-7313 (COOK COUNTY)**
Title Number: **T3317675070**
State Titled In: **IL**
Original Title Date: **11/13/2003**
Title Transfer Date: **11/13/2003**

**Lien Holders**
**None Found**

**Lessors**
**None Found**
**Title Holders**
**DARIELA D DEANDA** [ View Person Record ]
**1233 W LUNT AVE, CHICAGO, IL 60626-7313 (COOK COUNTY)**
DOB: **XX/1966**, Born **57** years ago
Title Number: **T3317675070**
State Titled In: **IL**
Original Title Date: **10/29/2003**
Title Transfer Date: **10/29/2003**

**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**DARIELA D DEANDA**[ View Person Record ]
Registered: **11/04/2003** to **10/31/2006**
DOB: **XX/1966**, Born **57** years ago
**Addresses Registered to While owned by DARIELA D DEANDA**
**1233 W LUNT AVE APT 3, CHICAGO, IL 60626-7313 (COOK COUNTY)(10/10/2005)**
**1233 W LUNT AVE, CHICAGO, IL 60626-7313 (COOK COUNTY)(11/04/2003 to 10/12/2004)**
**Vehicle Tag History**
License Plate: **IL 5691431** Valid from: **(11/04/2003 to 10/31/2006)**
Previous License Plate: **IL 2305499**

**Previous Owner/Registrant/Lien Information  - 12/03/1996 to 10/31/2002**

**Title Holders**
**JOSEPH J KOVERA** [ View Person Record ]
**548 FREELAND AVE, CALUMET CITY, IL 60409-3506 (COOK COUNTY)**
**SOLEDAD V DEANDA** [ View Person Record ]
**548 FREELAND AVE, CALUMET CITY, IL 60409-3506 (COOK COUNTY)**
Title Number: **G9608711**
State Titled In: **IL**
Original Title Date: **10/31/1995**
Title Transfer Date: **10/31/1995**

**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**SOLEDAD DEANDA V**[ View Person Record ]
Registered: **12/03/1996** to **10/31/2002**
**Addresses Registered to While owned by SOLEDAD DEANDA V**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)(11/10/1997 to 12/11/2001)**
**548 FREELAND AVE, CALUMET CITY, IL 60409-3506 (COOK COUNTY)(12/03/1996 to 11/10/1997)**
**Registrant**
**JOSEPH J KOVERA**[ View Person Record ]
Registered: **12/03/1996** to **10/31/2002**
DOB: **XX/1960**, Born **62** years ago
**Addresses Registered to While owned by JOSEPH J KOVERA**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)(11/10/1997 to 12/11/2001)**
**548 FREELAND AVE, CALUMET CITY, IL 60409-3506 (COOK COUNTY)(12/03/1996 to 11/10/1997)**
**Vehicle Tag History**
License Plate: **IL 2305499** Valid from: **(12/11/2001 to 10/31/2002)**
Previous License Plate: **IL B78938**
License Plate: **IL B78938** Valid from: **(12/03/1996 to 10/31/2001)**

**1987 FORD** - Series: **SPORT**  - Model: **TEMPO**
VIN: **1FABP38S7HK250126**
Body Style: **SEDAN  4 Door**  - Vehicle Type: **Passenger Car**
Weight: **2667** lbs -Length: **176**"
Color: **Maroon or Burgundy**
Most Current Tag #: **IL D941219** Valid from: **(09/25/1998 to 09/30/1999)**

Doors: **4**
MSRP: **$9,457**
Plant: **KANSAS CITY, MISSOURI**
Restraint Type: **ACTIVE BELTS**
Height: **52**
Width: **68**
Wheel Base: **99.9**
Wheel Dimensions: **14.0**
Drive Type: **FWD**
Fuel: **GAS**
Engine: **2.3L INLINE4 NATURALLY ASPIRATED**
**Most Current Owner/Registrant/Lien Information  - 09/25/1998 to 09/30/1999**

**Title Holders**
**JOSEPH J KOVERA** [ View Person Record ]
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Title Number: **T8280410014**
State Titled In: **IL**
Original Title Date: **10/07/1998**
Title Transfer Date: **10/07/1998**

**Lien Holders**
**None Found**

**Lessors**
**None Found**

**Registrant**
**JOSEPH J KOUERA**[ View Person Record ]
 Registered: **09/25/1998** to **09/30/1999**
**Addresses Registered to While owned by JOSEPH J KOUERA**
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)(09/25/1998 to 09/26/1998)**
**Vehicle Tag History**
License Plate: **IL D941219** Valid from: **(09/25/1998 to 09/30/1999)**
Previous License Plate: **IN 96E3739**

## Current Property Deeds:

**Purchase Date: 04/27/2009**

5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)
 BOCA RATON, FL 33433 (PALM BEACH COUNTY)
APN: **06-43-47-05-40-000-0920**
APN Sequence Number: **001**
Date Subject First Seen as Owner: **04/27/2009**
Date Subject Last Seen as Owner: **2022**
Subdivision Name: **TRIESTE/BOCA**
Legal Description: **TRIESTE AT BOCA LT 92**
Building Square Feet: **3,826**
Living Square Feet: **3,067**
Land Square Feet: **3,339**
Year Built: **2006**

Latest Tax Roll/Assessment Information
Tax Year: **2022**
Tax Amount: **$11,192.29**
Assessed Year: **2022**
Assessed Value: **$606,778**
Sale Date: **01/24/2013**

Sale Amount: **$565,000**
Document Number: **140667**
Book: **23199**
Page: **641**
Total Value: **$650,048**
Improvement Value: **$650,048**
Bedrooms: **3**
Baths: **4**

**Most Current Ownership Information**
Owner: **JOSEPH KOVERA**
Seller: **TRIESTE OF BOCA RATON MASTER ASSN**
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Townhouse/Rowhouse**
Property Indicator: **Single Family Residence/Townhouse**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 04/27/2009**
Owner: **JOSEPH J KOVERA**
Owner: **SOLEDAD V DEANDA V**
Mailing Address: **5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
Seller: **TRIESTE OF BOCA RATON MASTER ASSN**
Seller: **ANDREW COHEN**
Seller: **RACHEL COHEN**
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
Owner Relationship Type: **Husband/Wife**
Sale Date: **04/27/2009**
Sale Amount: **$565,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Townhouse/Rowhouse**
Property Indicator: **Single Family Residence/Townhouse**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **FIRST ADVANTAGE MTG**Mortgage Amount: **$349,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **01/24/2013**
Mortgage Due Date: **02/01/2028**
Mtg Sec Cat: **CNV, Fixed, Refinance, Conforming**
Refi Flag: **Loan to Value is More Than 50%**

**Mortgage**
Lender: **JP MORGAN CHASE BK**Mortgage Amount: **$417,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **04/27/2009**
Mortgage Due Date: **05/01/2024**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Previous Ownership Information - 03/12/2008**
Owner: **ANDREW COHEN**
Owner: **RACHEL S COHEN**

Mailing Address: **5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
Seller: **TRIESTE LOT 109 LLC**
**5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
Owner Relationship Type: **Husband/Wife**
Sale Date: **03/12/2008**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Townhouse/Rowhouse**
Property Indicator: **Single Family Residence/Townhouse**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage**

Lender: **CITIMORTGAGE**Mortgage Amount: **$360,000**
Mortgage Interest Rate: **5.5000%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **04/14/2008**
Mortgage Due Date: **05/01/2038**
Mtg Sec Cat: **CNV, Adjustable, Refinance, Conforming**
Mortgage Interest Rate Type: **Adjustable**
Refi Flag: **Loan to Value is More Than 50%**


**Mortgage**
**No Mortgage**


**Previous Ownership Information - 01/31/2006**
Owner: **TRIESTE LOT 109 LLC**
Mailing Address: **5510 NE TRIESTE TER, BOCA RATON, FL 33487-5208 (PALM BEACH COUNTY)**
Seller: **FL TOLL**
 **BOCA RATON, FL 33433 (PALM BEACH COUNTY)**
Owner Ownership Rights: **Company/Corporation**
Business Name: **TRIESTE LOT 109 LLC**
Sale Date: **01/31/2006**
Sale Amount: **$615,762**
Deed Sec Cat: **Resale, Cash Purchase, Residential (Modeled)**
Universal Land Use: **Townhouse/Rowhouse**
Property Indicator: **Single Family Residence/Townhouse**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage**
**No Mortgage**



**Purchase Date: 08/30/2012  -  Sold Date: 01/28/2014**


3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)
3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)
 **Homestead**
APN: **14-19-127-014-0000**
APN Sequence Number: **001**
Date Subject First Seen as Owner: **08/30/2012**
Date Subject Last Seen as Owner: **2021**
Subdivision Name: **WM ZELOSKY**
Living Square Feet: **3,178**
Land Square Feet: **3,720**
Year Built: **1906**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$24,261.56**
Assessed Year: **2021**
Assessed Value: **$123,980**
Sale Date: **10/04/2018**
Sale Amount: **$1,360,000**
Document Number: **25412033**
Total Value: **$123,980**
Land Value: **$46,500**
Improvement Value: **$77,480**
Bedrooms: **5**
Baths: **3**

**Most Current Ownership Information - 01/28/2014**
Owner: **KOVERA JOSEPH J LIVING TRUST**
Owner: **DEANDA SOLEDAD V LIVING TRUST**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **JOSEPH J KOVERA**
**3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Owner Ownership Rights: **Living Trust**
Business Name: **KOVERA JOSEPH J LIVING TRUST**
Sale Date: **01/28/2014**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Apartment**
Property Indicator: **Condominium (Residential)**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **HUNTINGTON NAT'L BK HUNTINGTON NAT'L BK**Mortgage Amount: **$190,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Equity or Credit Line**
Mortgage Term: **30 Years**
Mortgage Date: **10/04/2018**
Mortgage Due Date: **10/04/2048**
Mtg Sec Cat: **CNV, Adjustable, Equity (Closed or Revolving), Conforming**
Mortgage Interest Rate Type: **Adjustable**
Equity Flag: **Yes**

**Previous Ownership Information - 08/30/2012**
Owner: **J J KOVERA**
Owner: **S V DEANDA**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **RCAA CONSTRUCTION INC**
**3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenants**
Sale Date: **08/30/2012**
Sale Amount: **$1,360,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **New Structure Sale, Mortgaged Purchase, Residential (Modeled)**
Universal Land Use: **Apartment**
Property Indicator: **Condominium (Residential)**
Resale New Construction: **New Construction**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **FIRST ADVANTAGE MTG**Mortgage Amount: **$1,000,000**

Mortgage Interest Rate: **3.7500%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **08/30/2012**
Mortgage Due Date: **09/01/2027**
Mtg Sec Cat: **CNV, Fixed, Non Conforming**

**Previous Ownership Information - 08/30/2012**
Owner: **J KOVERA**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **RCAA CONSTRUCTION INC**
**3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Sale Date: **08/30/2012**
Sale Amount: **$1,360,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Residential Model Indicator: **Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 04/30/2012**
Owner: **RCAA CONSTRUCTION INC**
Mailing Address: **3100 N ELSTON AVE, CHICAGO, IL 60618-7108 (COOK COUNTY)**
Seller: **RADU MUNTEAN**
**3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Owner Ownership Rights: **Company/Corporation**
Business Name: **RCAA CONSTRUCTION INC**
Sale Date: **04/30/2012**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Residential (Modeled)**
Universal Land Use: **Apartment**
Property Indicator: **Condominium (Residential)**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 07/30/2011**
Owner: **RADU MUNTEAN**
Mailing Address: **3100 N ELSTON AVE, CHICAGO, IL 60618-7108 (COOK COUNTY)**
Seller: **SCHMIDLIN F J LIVING TRUST**
**3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenant**
Owner Relationship Type: **Married Man**
Sale Date: **07/30/2011**
Sale Amount: **$711,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Apartment**
Property Indicator: **Condominium (Residential)**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **CENTRAL FED'L S&L/CHICAGO**Mortgage Amount: **$450,000**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **1 Years**
Mortgage Date: **01/26/2012**

Mortgage Due Date: **01/01/2013**
Mtg Sec Cat: **Fixed, Construction Loan, Refinance**
Construction Loan: **Yes**
Refi Flag: **Loan to Value is More Than 50%**


**Mortgage**
**No Mortgage**


**Previous Ownership Information**
Owner: **FRANK J SCHMIDLIN**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**3617 N BELL AVE # 1, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Owner Ownership Rights: **Living Trust**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**


**Mortgage Information not available**


**Previous Ownership Information - 04/16/2007**
Owner: **J LIVING TRUST SCHMIDLIN-FRANK**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **FRANK J SCHMIDLIN**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Owner Ownership Rights: **Living Trust**
Business Name: **SCHMIDLIN FRANK J LIVING TRUST**
Sale Date: **04/16/2007**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Interfamily Transfer, Resale, Cash Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**


**Mortgage**
**No Mortgage**



**Purchase Date: 01/10/2003  -  Sold Date: 01/28/2013**


512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)
3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)
APN: **17-10-223-033-1127**
APN Sequence Number: **001**
Date Subject First Seen as Owner: **01/10/2003**
Date Subject Last Seen as Owner: **2021**
Subdivision Name: **RESIDENCES/RIVER EAST CENTER**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$3,898.32**
Assessed Year: **2021**
Assessed Value: **$19,386**
Sale Date: **02/20/2019**
Sale Amount: **$165,000**
Document Number: **16326140**
Total Value: **$19,386**
Land Value: **$265**

Improvement Value: **$19,121**

**Most Current Ownership Information - 02/20/2019**
Owner: **JOANNE S KIM**
Mailing Address: **2822 WILDFLOWER CT, GLENVIEW, IL 60026-1097 (COOK COUNTY)**
Seller: **ERIC K KIM**
**512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)**
Owner Relationship Type: **WF**
Sale Date: **02/20/2019**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale, Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 01/28/2013**
Owner: **DEANDA SOLEDAD V LIVING TRUST**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **JOSEPH J KOVERA**
**512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)**
Owner Ownership Rights: **Living Trust**
Business Name: **DEANDA SOLEDAD V LIVING TRUST**
Sale Date: **01/28/2013**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale, Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 01/10/2003**
Owner: **JOE KOVERA**
Owner: **SV V DEANDA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **CENTER AT RIVER EAST LLC**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenant**
Sale Date: **01/10/2003**
Sale Amount: **$165,000**
Absentee Indicator: **Situs Address Taken From Mail**
Deed Sec Cat: **New Structure Sale, Cash Purchase, Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**
Resale New Construction: **New Construction**
Residential Model Indicator: **Property is Residential**

**Mortgage**
**No Mortgage**

**Previous Ownership Information - 01/10/2003**
Owner: **JOSEPH J KOVERA**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**

Seller: **CENTER AT RIVER EAST LLC**
**512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenant**
Sale Date: **01/10/2003**
Sale Amount: **$165,000**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**
Residential Model Indicator: **Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 01/10/2003**
Owner: **JOSEPH KOVERA**
Owner: **SOLEDAD V DEANDA**
Mailing Address: **512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)**
**512 N MCCLURG CT APT 1509, CHICAGO, IL 60611-4152 (COOK COUNTY)**
Owner Relationship Type: **Husband/Wife**
Sale Date: **01/10/2003**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **MARKET STREET MTG CORP**Mortgage Amount: **$131,150**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **01/10/2003**
Mortgage Due Date: **02/01/2018**
Mtg Sec Cat: **CNV, Fixed, Refinance, Conforming**
Mortgage Interest Rate Type: **Fixed**
Refi Flag: **Loan to Value is More Than 50%**

**Purchase Date: 10/11/2012  -  Sold Date: 01/28/2013**

201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)
IL (COOK COUNTY)
APN: **17-10-400-031-1174**
APN Sequence Number: **001**
Date Subject First Seen as Owner: **10/11/2012**
Date Subject Last Seen as Owner: **2021**
Subdivision Name: **LANCASTER CONDO**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$6,368.18**
Assessed Year: **2021**
Assessed Value: **$31,668**
Sale Date: **01/28/2013**
Total Value: **$31,668**
Land Value: **$1,312**
Improvement Value: **$30,356**

**Most Current Ownership Information**
Owner: **JOSEPH KOVERA**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**

**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**

**Mortgage Information not available**

**Previous Ownership Information - 01/28/2013**
Owner: **DEANDA SOLEDAD V LIVING TRUST**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **JOSEPH J KOVERA**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
Owner Ownership Rights: **Living Trust**
Business Name: **DEANDA SOLEDAD V LIVING TRUST**
Sale Date: **01/28/2013**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale, Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information**
Owner: **JOSEPH KOVERA**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**

**Mortgage Information not available**

**Previous Ownership Information - 10/11/2012**
Owner: **JOSEPH KOVERA**
Owner: **SOLEDAD V DEANDA**
Mailing Address: **201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenants**
Owner Relationship Type: **Husband/Wife**
Sale Date: **10/11/2012**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **FIRST ADVANTAGE MTG**Mortgage Amount: **$115,000**
Mortgage Interest Rate: **3.7500%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **10/11/2012**
Mortgage Due Date: **11/01/2027**
Mtg Sec Cat: **CNV, Fixed, Refinance, Conforming**
Refi Flag: **Loan to Value is More Than 50%**

**Previous Ownership Information**
Owner: **JOE KAVERA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
**IL (COOK COUNTY)**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**


**Mortgage Information not available**


**Purchase Date: 10/11/2012**


201 N WESTSHORE DR # P 109, CHICAGO, IL 60601-7207 (COOK COUNTY)
IL (COOK COUNTY)
APN: **17-10-400-031-1311**
APN Sequence Number: **001**
Date Subject First Seen as Owner: **10/11/2012**
Date Subject Last Seen as Owner: **2021**
Subdivision Name: **LANCASTER CONDO**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$922.78**
Assessed Year: **2021**
Assessed Value: **$4,589**
Sale Date: **10/11/2012**
Total Value: **$4,589**
Land Value: **$190**
Improvement Value: **$4,399**


**Most Current Ownership Information**
Owner: **JOSEPH KOVERA**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**201 N WESTSHORE DR # P 109, CHICAGO, IL 60601-7207 (COOK COUNTY)**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**


**Mortgage Information not available**

**Previous Ownership Information - 10/11/2012**
Owner: **JOSEPH KOVERA**
Owner: **SOLEDAD V DEANDA**
Mailing Address: **201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
**201 N WESTSHORE DR # P 109, CHICAGO, IL 60601-7207 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenants**
Owner Relationship Type: **Husband/Wife**
Sale Date: **10/11/2012**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage**
Lender: **FIRST ADVANTAGE MTG** Mortgage Amount: **$115,000**
Mortgage Interest Rate: **3.7500%**
Mortgage Loan Type: **Conventional**

Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **10/11/2012**
Mortgage Due Date: **11/01/2027**
Mtg Sec Cat: **CNV, Fixed, Refinance, Conforming**
Refi Flag: **Loan to Value is More Than 50%**

**Previous Ownership Information**
Owner: **JOE KOVERA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**201 N WESTSHORE DR # P 109, CHICAGO, IL 60601-7207 (COOK COUNTY)**
**IL (COOK COUNTY)**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**

**Mortgage Information not available**

**Purchase Date: N/A**

IL (COOK COUNTY)
APN: **14   28   301 076  1019**
APN Sequence Number: **000**
Date Subject Last Seen as Owner: **05/20/1997**

Latest Tax Roll/Assessment Information

**Most Current Ownership Information**
Owner: **JOSEPH KOVERA**
Mailing Address: **2720 N GREENVIEW AVE # 000CS4, CHICAGO, IL 60614-1174 (COOK COUNTY)**
**IL (COOK COUNTY)**
Deed Sec Cat: **Residential (Modeled)**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **FIRST SUBURBAN NAT'L BK**Mortgage Amount: **$212,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Date: **05/20/1997**
Mtg Sec Cat: **CNV, Fixed, Equity (Closed or Revolving)**
Equity Flag: **Yes**

## Past Property Deeds:

**Purchase Date: N/A  -  Sold Date: 04/22/2002**

2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)
2718 N BOSWORTH AVE, CHICAGO, IL 60614-1110 (COOK COUNTY)
 **Homestead**
APN: **14-29-301-076-1019**
APN Sequence Number: **001**
Date Subject Last Seen as Owner: **04/22/2002**
Subdivision Name: **GREENVIEW PASSAGE**
Legal Description: **GREENVIEW PASSAGE CONDO S29 T40N R1 4E 3P**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$10,591.17**
Assessed Year: **2021**
Assessed Value: **$55,999**
Sale Date: **06/13/2016**
Sale Amount: **$396,000**
Document Number: **20503265**
Total Value: **$55,999**
Land Value: **$23,571**
Improvement Value: **$32,428**

**Most Current Ownership Information - 06/13/2016**
Owner: **CURBY NANCY S TRUST**
Owner: **NANCY S CURBY**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Owner Ownership Rights: **Revocable Trust**
Business Name: **CURBY NANCY S TRUST**
Sale Date: **06/13/2016**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **JP MORGAN CHASE BK NA**Mortgage Amount: **$100,000**
Mortgage Interest Rate: **3.5000%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **35 Years**
Mortgage Date: **06/13/2016**
Mortgage Due Date: **06/13/2051**
Mtg Sec Cat: **CNV, Fixed, Equity (Closed or Revolving), Conforming**
Equity Flag: **Yes**

**Previous Ownership Information - 12/12/2002**
Owner: **CURBY NANCY S TRUST**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Owner Ownership Rights: **Revocable Trust**
Business Name: **CURBY NANCY S TRUST**
Sale Date: **12/12/2002**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **CITIBANK FSB**Mortgage Amount: **$195,000**
Mortgage Interest Rate: **5.2500%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **12/12/2002**
Mortgage Due Date: **01/01/2033**
Mtg Sec Cat: **CNV, Adjustable, Refinance, Conforming**
Mortgage Interest Rate Type: **Adjustable**

Refi Flag: **Loan to Value is More Than 50%**

**Previous Ownership Information - 04/22/2002**
Owner: **NANCY CURBY**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Seller: **JOSEPH KOVERA**
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Owner Ownership Rights: **Revocable Trust**
Sale Date: **04/22/2002**
Sale Amount: **$396,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**
Residential Model Indicator: **Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 04/22/2002**
Owner: **CURBY NANCY S TRUST**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Seller: **JOSEPH KOVERA**
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Owner Ownership Rights: **Revocable Trust**
Business Name: **CURBY NANCY S TRUST**
Sale Date: **04/22/2002**
Sale Amount: **$396,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Resale, Mortgaged Purchase, Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **CITIBANK FSB**Mortgage Amount: **$196,000**
Mortgage Interest Rate: **6.3750%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **04/22/2002**
Mortgage Due Date: **05/01/2032**
Mtg Sec Cat: **CNV, Adjustable, Conforming**
Mortgage Interest Rate Type: **Adjustable**

**Previous Ownership Information - 04/22/2002**
Owner: **NANCY CURBY**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Seller: **JOSEPH KOVERA**
**2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Owner Ownership Rights: **Revocable Trust**
Sale Date: **04/22/2002**
Sale Amount: **$396,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Condominium**
Property Indicator: **Condominium**
Residential Model Indicator: **Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information**

Owner: **JOSEPH KOVERA**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
**2718 N BOSWORTH AVE, CHICAGO, IL 60614-1110 (COOK COUNTY)**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**

Lender: **ARMANDO DEANDA**Mortgage Amount: **$53,000**
Mortgage Loan Type: **Private Party Lender**
Mortgage Deed Type: **Deed of Trust**
Mortgage Date: **07/11/1997**
Private Party Lender: **Y**
Mtg Sec Cat: **Private Party, Fixed, Other Subordinate Loans**

**Previous Ownership Information - 03/1997**
Owner: **SOLEDAD DEANDA**
Mailing Address: **2720 N GREENVIEW AVE APT I, CHICAGO, IL 60614-1129 (COOK COUNTY)**
Seller: **MILLER CHRISTOPHER R & SALLY S**
**2718 N BOSWORTH AVE, CHICAGO, IL 60614-1110 (COOK COUNTY)**
Sale Date: **03/1997**
Sale Amount: **$265,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Residential (Modeled)**
Universal Land Use: **Condominium**
Property Indicator: **Condominium (Residential)**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage Information not available**

**Previous Ownership Information - 01/1993**
Owner: **CHRISTOPHER MILLER**
Owner: **SALLY S MILLER**
Mailing Address: **2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)**
Seller: **WINER NORMAN W & WENDY R**
**2718 N BOSWORTH AVE, CHICAGO, IL 60614-1110 (COOK COUNTY)**
Owner Relationship Type: **Husband/Wife**
Sale Date: **01/1993**
Sale Amount: **$115,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Mortgaged Purchase, Residential (Modeled)**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**

Lender: **CORLEY FIN'L CORP**Mortgage Amount: **$202,300**
Mortgage Loan Type: **Conventional**
Mortgage Date: **01/25/1993**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Mortgage**

Lender: **CORLEY FIN'L CORP**Mortgage Amount: **$202,300**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Date: **01/25/1993**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Purchase Date: 08/01/2008  -  Sold Date: 07/27/2015**

3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)
 **Homestead**
APN: **45-02-24-454-025.000-023**
APN Sequence Number: **001**
Account Number: **117889602**
Date Subject First Seen as Owner: **08/01/2008**
Date Subject Last Seen as Owner: **07/27/2015**
Subdivision Name: **STEEL MANOR ADD HAMMOND**
Legal Description: **STEEL MANOR S. 27.5 FT L.19 BL.3 N. 10 FT. L.20 BL.3**
Building Square Feet: **1,650**
Living Square Feet: **825**
Land Square Feet: **4,750**
Year Built: **1949**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$1,232.68**
Assessed Year: **2021**
Assessed Value: **$100,000**
Sale Date: **01/24/2019**
Sale Amount: **$113,975**
Document Number: **6930**
Total Value: **$100,000**
Land Value: **$14,900**
Improvement Value: **$85,100**
Bedrooms: **3**
Baths: **1**

**Most Current Ownership Information - 01/24/2019**
Owner: **JENNIFER E HOMANS**
Mailing Address: **3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Seller: **SACRAMENTO T ESTRADA**
**3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Owner Relationship Type: **Married Woman**
Sale Date: **01/24/2019**
Sale Code: **Estimated**
Sale Amount: **$113,975**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Resale, Mortgaged Purchase, Residential (Modeled)**
Universal Land Use: **Single Family Residence**
Property Indicator: **Single Family Residence/Townhouse**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **UNIVERSITY LNDG GRP LLC UNIVERSITY LNDG GRP LLC**Mortgage Amount: **$91,180**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **01/24/2019**
Mortgage Due Date: **02/01/2049**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Mortgage**
Lender: **UNIVERSITY LNDG GRP LLC UNIVERSITY LNDG GRP LLC**Mortgage Amount: **$91,180**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**

Mortgage Term: **30 Years**
Mortgage Date: **01/24/2019**
Mortgage Due Date: **02/01/2049**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Previous Ownership Information - 07/27/2015**
Owner: **SACRAMENTO TIRADO**
Owner: **CHRISTINE R KRILICH**
Mailing Address: **3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Seller: **JOSEPH J KOVERA**
**3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Owner Ownership Rights: **Joint Tenants**
Sale Date: **07/27/2015**
Sale Code: **Estimated**
Sale Amount: **$97,968**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Resale, Mortgaged Purchase, Residential (Modeled)**
Universal Land Use: **Single Family Residence**
Property Indicator: **Single Family Residence/Townhouse**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**

**Mortgage**
Lender: **HORIZON BK**Mortgage Amount: **$78,375**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **07/29/2015**
Mortgage Due Date: **08/01/2045**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Previous Ownership Information - 08/01/2008**
Owner: **JOSEPH J KOVERA**
Owner: **SOLEDAD V DEANDA**
Mailing Address: **3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Seller: **JJR PROPERTIES OF IND LLC**
**3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Owner Ownership Rights: **Tenant By Entirety**
Owner Relationship Type: **Husband And Wife**
Sale Date: **08/01/2008**
Sale Code: **Empty or Estimated**
Sale Amount: **$90,000**
Absentee Indicator: **Situs From Sale (Occupied)**
Deed Sec Cat: **Resale, Mortgaged Purchase, Residential (Modeled)**
Universal Land Use: **Single Family Residence**
Property Indicator: **Single Family Residence**
Resale New Construction: **Resale**
Residential Model Indicator: **Property is Residential**

**Mortgage**
Lender: **JP MORGAN CHASE BK**Mortgage Amount: **$72,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **08/01/2008**
Mortgage Due Date: **08/01/2023**
Mtg Sec Cat: **CNV, Fixed, Conforming**

**Previous Ownership Information - 08/01/2008**
Owner: **ROSE MARY DUQUE**

Mailing Address: **PO BOX 1635, PORTAGE, IN 46368-9435 (PORTER COUNTY)**
Seller: **JJR PROPERTIES OF IND LLC**
**3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Sale Date: **08/01/2008**
Sale Code: **Empty or Estimated**
Sale Amount: **$90,000**
Universal Land Use: **Single Family Residence**
Property Indicator: **Single Family Residence**
Residential Model Indicator: **Property is Residential**


**Mortgage Information not available**


**Previous Ownership Information - 08/01/2008**
Owner: **JOSEPH J KOVERA**
Owner: **SOLEDAD DEANDA V**
Mailing Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Seller: **JJR PROPERTIES OF IND LLC**
**3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Owner Ownership Rights: **Tenant By Entirety**
Owner Relationship Type: **Husband And Wife**
Sale Date: **08/01/2008**
Sale Code: **Empty or Estimated**
Sale Amount: **$90,000**
Absentee Indicator: **Absentee(Mail And Situs Not =)**
Universal Land Use: **Single Family Residence**
Property Indicator: **Single Family Residence**
Residential Model Indicator: **Property is Residential**


**Mortgage Information not available**


**Previous Ownership Information - 01/17/2008**
Owner: **JJR PROPERTIES OF INDIANA LLC**
Mailing Address: **5246 HOHMAN AVE, HAMMOND, IN 46320-1733 (LAKE COUNTY)**
Seller: **ROSE M DUQUE**
**3934 JOHNSON AVE, HAMMOND, IN 46327-1138 (LAKE COUNTY)**
Owner Ownership Rights: **Company/Corporation**
Business Name: **JJR PROPERTIES OF INDIANA LLC**
Sale Date: **01/17/2008**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Cash Purchase, Residential (Modeled)**
Universal Land Use: **Single Family Residence**
Property Indicator: **Single Family Residence/Townhouse**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage**
**No Mortgage**


**Purchase Date: 04/22/2002  -  Sold Date: 06/25/2013**


3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)
3614 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)
 **Homestead**
APN: **14-19-126-020-0000**
APN Sequence Number: **001**
Date Subject First Seen as Owner: **04/22/2002**
Date Subject Last Seen as Owner: **06/25/2013**
Subdivision Name: **ZELOSKYS**
Legal Description: **BLOCK24 S19 T40N R14E 3P**

Living Square Feet: **2,166**
Land Square Feet: **3,720**
Year Built: **1906**

Latest Tax Roll/Assessment Information
Tax Year: **2021**
Tax Amount: **$16,020.83**
Assessed Year: **2021**
Assessed Value: **$83,000**
Sale Date: **06/08/2021**
Sale Amount: **$1,075,000**
Document Number: **21813013**
Total Value: **$83,000**
Land Value: **$46,500**
Improvement Value: **$36,500**
Bedrooms: **4**
Baths: **2**

**Most Current Ownership Information - 08/02/2018**
Owner: **MARK S BENNETT**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner: **JENNIE H BENNETT**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **LIEBERMAN KEITH M & SHARON K**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Ownership Rights: **Tenants By Entirety**
Owner Relationship Type: **Husband/Wife**
Sale Date: **08/02/2018**
Sale Amount: **$1,075,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Resale, Mortgaged Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**

**Mortgage**
Lender: **JPMORGAN CHASE BK NA JPMORGAN CHASE BK NA**Mortgage Amount: **$382,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **06/08/2021**
Mortgage Due Date: **07/01/2051**
Mtg Sec Cat: **CNV, Fixed, Refinance, Conforming**
Refi Flag: **Loan to Value is More Than 50%**

**Mortgage**
Lender: **JPMORGAN CHASE BK NAT'L ASSN JPMORGAN CHASE BK NAT'L ASSN**Mortgage Amount: **$806,250**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **08/02/2018**
Mortgage Due Date: **09/01/2048**
Mtg Sec Cat: **CNV, Fixed, Non Conforming**

**Previous Ownership Information - 08/02/2018**
Owner: **MARK STEPHEN BENNETT**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **LIEBERMAN KEITH M & SHARON K**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**

Sale Date: **08/02/2018**
Sale Amount: **$1,075,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Duplex**
Property Indicator: **Duplex**
Residential Model Indicator: **Property is Not Residential**


**Mortgage Information not available**


**Previous Ownership Information - 06/25/2013**
Owner: **KEITH M LIEBERMAN**
Owner: **SHARON K LIEBERMAN**
Mailing Address: **95 E BRACEBRIDGE CIR, SPRING, TX 77382-2543 (MONTGOMERY COUNTY)**
Seller: **JOSEPH J KOVERA**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Ownership Rights: **Tenants By Entirety**
Owner Relationship Type: **Husband/Wife**
Sale Date: **06/25/2013**
Sale Amount: **$1,070,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Resale, Mortgaged Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**


**Mortgage**
Lender: **STONEHAVEN MORTGAGE INC *OTHER INSTITUTIONAL LENDERS**Mortgage Amount: **$353,000**
Mortgage Interest Rate: **2.6250%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **10 Years**
Mortgage Date: **09/28/2016**
Mortgage Due Date: **10/01/2026**
Mtg Sec Cat: **CNV, Adjustable, Refinance, Conforming**
Mortgage Interest Rate Type: **Adjustable**
Refi Flag: **Loan to Value is More Than 50%**


**Mortgage**
Lender: **PHH HM LNS LLC**Mortgage Amount: **$417,000**
Mortgage Interest Rate: **3.0000%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **07/01/2013**
Mortgage Due Date: **07/01/2028**
Mtg Sec Cat: **CNV, Fixed, Conforming**
Mortgage Interest Rate Type: **Fixed**


**Previous Ownership Information - 06/25/2013**
Owner: **KEITH M LIEBERMAN**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **JOSEPH J KOVERA**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Sale Date: **06/25/2013**
Sale Amount: **$1,070,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Residential Model Indicator: **Property is Not Residential**

**Mortgage Information not available**

**Previous Ownership Information - 09/25/2003**
Owner: **JOSEPH KOVERA**
Owner: **SOLEDAD DEANDA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Ownership Rights: **Tenants By Entirety**
Owner Relationship Type: **Husband/Wife**
Sale Date: **09/25/2003**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**

---

**Mortgage**

Lender: **JP MORGAN CHASE BK**Mortgage Amount: **$450,000**
Mortgage Interest Rate: **8.2500%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **07/09/2007**
Mortgage Due Date: **07/09/2038**
Mtg Sec Cat: **CNV, Adjustable, Equity (Closed or Revolving), Non Conforming**
Mortgage Interest Rate Type: **Adjustable**
Equity Flag: **Yes**

---

**Mortgage**

Lender: **JP MORGAN CHASE BK**Mortgage Amount: **$264,000**
Mortgage Interest Rate: **5.7500%**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **20 Years**
Mortgage Date: **04/01/2005**
Mortgage Due Date: **04/01/2025**
Mtg Sec Cat: **CNV, Adjustable, Equity (Closed or Revolving), Non Conforming**
Mortgage Interest Rate Type: **Adjustable**
Equity Flag: **Yes**

---

**Mortgage**

Lender: **CHARTER ONE BK**Mortgage Amount: **$188,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **5 Years**
Mortgage Date: **09/25/2003**
Mortgage Due Date: **09/25/2008**
Mtg Sec Cat: **CNV, Fixed, Equity (Closed or Revolving), Non Conforming**
Mortgage Interest Rate Type: **Fixed**
Equity Flag: **Yes**

---

**Mortgage**

Lender: **CHARTER ONE BK**Mortgage Amount: **$500,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **09/25/2003**
Mortgage Due Date: **10/01/2018**
Mtg Sec Cat: **CNV, Fixed, Refinance, Non Conforming**
Mortgage Interest Rate Type: **Fixed**

Refi Flag: **Loan to Value is More Than 50%**

**Previous Ownership Information - 04/22/2002**
Owner: **JOSEPH KOVERA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **LORA PERLMAN**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Ownership Rights: **Tenant By Entirety**
Owner Relationship Type: **Husband And Wife**
Sale Date: **04/22/2002**
Sale Amount: **$760,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Residential Model Indicator: **Property is Not Residential**

**Mortgage Information not available**

**Previous Ownership Information - 04/22/2002**
Owner: **JOSEPH KOVERA**
Owner: **SOLEDAD DEANDA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **LORA PERLMAN**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Ownership Rights: **Tenants By Entirety**
Owner Relationship Type: **Husband/Wife**
Sale Date: **04/22/2002**
Sale Amount: **$760,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Resale, Mortgaged Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**

**Mortgage**
Lender: **FIRST SUBURBAN NAT'L BK**Mortgage Amount: **$500,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **5 Years**
Mortgage Date: **04/22/2002**
Mortgage Due Date: **05/01/2007**
Mtg Sec Cat: **CNV, Fixed, Non Conforming**
Mortgage Interest Rate Type: **Fixed**

**Previous Ownership Information - 09/30/2001**
Owner: **LORA PERLMAN**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Sale Date: **09/30/2001**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**

**Mortgage**
Lender: **HOME ON TIME INC *OTHER INSTITUTIONAL LENDERS**Mortgage Amount: **$307,000**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **1 Years**
Mortgage Date: **09/30/2001**
Mortgage Due Date: **03/27/2003**

Private Party Lender: **Y**
Mtg Sec Cat: **Private Party, Fixed, Construction Loan, Refinance**
Mortgage Interest Rate Type: **Fixed**
Construction Loan: **Yes**
Refi Flag: **Loan to Value is More Than 50%**

**Previous Ownership Information - 04/22/2002**
Owner: **ROBERT PERLMAN**
Owner: **LORA PERLMAN**
Mailing Address: **4212 N FRANCISCO AVE, CHICAGO, IL 60618-2610 (COOK COUNTY)**
Seller: **ROBERT BLEND**
**3614 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Sale Date: **04/22/2002**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Cash Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**

**Mortgage**
**No Mortgage**

**Previous Ownership Information - 04/22/2002**
Owner: **JOSEPH KOVERA**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Seller: **LORA PERLMAN**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Ownership Rights: **Tenant By Entirety**
Owner Relationship Type: **Husband And Wife**
Sale Date: **04/22/2002**
Sale Amount: **$760,000**
Absentee Indicator: **Owner Occupied**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Residential Model Indicator: **Property is Not Residential**

**Mortgage Information not available**

**Previous Ownership Information - 08/10/2001**
Owner: **LORA PERLMAN**
Mailing Address: **4212 N FRANCISCO AVE, CHICAGO, IL 60618-2610 (COOK COUNTY)**
Seller: **TRUST 1108016**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Relationship Type: **Married Woman**
Sale Date: **08/10/2001**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Mortgaged Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**

**Mortgage**
Lender: **WASHINGTON MUTUAL BK FA**Mortgage Amount: **$322,400**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **30 Years**
Mortgage Date: **08/30/2001**
Mortgage Due Date: **09/01/2031**

Mtg Sec Cat: **CNV, Fixed, Non Conforming**

**Previous Ownership Information - 01/21/2000**
Owner: **TRUST 1108016 TU**
Mailing Address: **171 N CLARK ST, CHICAGO, IL 60601-6231 (COOK COUNTY)**
Seller: **KARL DIMARINO**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Business Name: **TRUST 1108016 TU**
Sale Date: **01/21/2000**
Sale Code: **Unknown**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Cash Purchase**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**


**Mortgage**
**No Mortgage**

**Previous Ownership Information - 11/13/1997**
Owner: **KARL DIMARINO**
Mailing Address: **1025 N DEARBORN ST, CHICAGO, IL 60610-2803 (COOK COUNTY)**
Seller: **SIRVINSKAS MICHAEL M & SUSAN B**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Sale Date: **11/13/1997**
Sale Amount: **$270,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale**
Universal Land Use: **Apartment**
Property Indicator: **Apartment**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**


**Mortgage Information not available**

**Previous Ownership Information**
Owner: **MICHAEL SIRVINSKAS**
Owner: **SUSAN B SIRVINSKAS**
Mailing Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Owner Relationship Type: **Husband/Wife**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **Residential (Modeled)**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage**
Lender: **PARK RIDGE COM'TY BK**Mortgage Amount: **$155,000**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Date: **12/29/1995**
Mtg Sec Cat: **CNV, Adjustable, Refinance, Conforming**
Mortgage Interest Rate Type: **Adjustable**
Refi Flag: **Loan to Value is More Than 50%**


**Mortgage**
Lender: **FIRST FED'L/ELGIN**Mortgage Amount: **$160,000**
Mortgage Loan Type: **Conventional**
Mortgage Date: **01/29/1992**
Mtg Sec Cat: **CNV, Fixed, Refinance, Conforming**

Refi Flag: **Loan to Value is More Than 50%**

**Previous Ownership Information - 08/1990**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Sale Date: **08/1990**
Sale Amount: **$205,000**
Deed Sec Cat: **Resale, Residential (Modeled)**
Property Indicator: **Miscellaneous**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage Information not available**

**Previous Ownership Information**
Owner: **SIRVINSKAS**
Mailing Address: **N/AVAIL**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Sale Amount: **$205,000**
Deed Sec Cat: **Resale, Residential (Modeled)**
Property Indicator: **Miscellaneous**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage Information not available**


**Purchase Date: 04/19/2005**


201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)
APN: **17   10   400   015**
APN Sequence Number: **000**
Date Subject First Seen as Owner: **04/19/2005**
Date Subject Last Seen as Owner: **04/19/2005**


Latest Tax Roll/Assessment Information
Sale Date: **04/19/2005**
Sale Amount: **$294,500**

**Most Current Ownership Information - 04/19/2005**
Owner: **JOSEPH KOVERA**
Owner: **SOLEDAD V DEANDA**
Mailing Address: **201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
Seller: **LANCASTER DEV GROUP LLC**
**201 N WESTSHORE DR APT 2506, CHICAGO, IL 60601-7274 (COOK COUNTY)**
Owner Ownership Rights: **Joint Tenants**
Owner Relationship Type: **Husband/Wife**
Sale Date: **04/19/2005**
Sale Amount: **$294,500**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Deed Sec Cat: **New Structure Sale, Mortgaged Purchase, Residential (Modeled)**
Resale New Construction: **New Construction**
Residential Model Indicator: **Based On Zip Code and Value Property is Residential**


**Mortgage**
Lender: **MARKET STREET MTG CORP**Mortgage Amount: **$238,500**
Mortgage Loan Type: **Conventional**
Mortgage Deed Type: **Mortgage**
Mortgage Term: **15 Years**
Mortgage Date: **04/19/2005**
Mortgage Due Date: **05/01/2020**

Mtg Sec Cat: **CNV, Fixed, Conforming**
Mortgage Interest Rate Type: **Fixed**

# Business Associations:

**HUNTER ELLIS, INC.**
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Link Number: 116047755
*No Subsidiaries*
**ICHIBAHN**
**ICHIBAHN, INCORPORATED**
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Link Number: 684918845
*No Subsidiaries*
**ICHIBAUN INC**
**PO BOX 577675, CHICAGO, IL 60657-7337 (COOK COUNTY)**
*No Subsidiaries*
**INDUSTRIAL STRIP**
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Link Number: 838394205
*No Subsidiaries*
**JJR PROPERTIES LLC**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
*No Subsidiaries*
**JJR PROPERTIES OF IND LLC**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
*No Subsidiaries*
**JJR PROPERTIES OF IND., LLC**
*formerly* **JJR PROPERTIES, LLC**
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
 Link Number: 984788395
*No Subsidiaries*
**NEW ORLEANS GRILL INC**
**NEW ORLEANS GRILL INC.**
**3626 CALUMET AVE # B, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**3626 CALUMET AVE # B, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
*No Subsidiaries*
**NEW ORLEANS GRILL INC**
**NEW ORLEANS GRILL INC.**
**3626 CALUMET AVE # B, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**3626 CALUMET AVE # B, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
*No Subsidiaries*
**NEW ORLEANS GRILL INC**
**NEW ORLEANS GRILL, INCORPORATED**
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Link Number: 883253125
*No Subsidiaries*
**PENTACORP COMMUNICATIONS**
**3717 N RAVENSWOOD AVE STE 221E, CHICAGO, IL 60613-4096 (COOK COUNTY)**
*No Subsidiaries*
**PENTACORP COMMUNICATIONS**
**2720 N GREENVIEW AVE, CHICAGO, IL 60614-1174 (COOK COUNTY)**
 Link Number: 264518500
*No Subsidiaries*
**PRETTY UGLY**

**8955 INDIANAPOLIS BLVD, HIGHLAND, IN 46322-1814 (LAKE COUNTY)**
 Link Number: 963028510
*No Subsidiaries*
**TSUNAMI  INCORPORATED**
**TSUNAMI, INCORPORATED**
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Link Number: 125213055
*No Subsidiaries*

## Corporations:

 Incorporation State: **IN**
**FANTASYMAKERS, INCORPORATED (Primary)**
 Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Filing Number: **1999100117**
 Filing Office Link Number: 1807693485
 Corporation Type: **Profit**
 Address Type: **Mailing**
 Registration Type: **Domestic Corporation**
 Verification Date: **03/01/2022**
 Filing Date: **10/04/1999**
 Incorporation Date: **10/04/1999**
 Date First Seen: **11/22/1999**
 Date Last Seen: **03/18/2022**
 Received Date: **03/16/2022**
 Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
 Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
 File Date: **03/21/2022**
 Sec Status: **IN24**

Corporate Officers and Directors
**JOSPEH KOVERA** , Title: **President** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSPEH KOVERA** , Title: **Secretary** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSPEH KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**RICHARD OSTER** , Title: **Incorporator** [ View Person Record ]
**8025 EXCELSIOR DR STE 200, MADISON, WI 53717-2902 (DANE COUNTY)**

Corporate Amendments
 Filing Date: **09/27/2005**
 Reason: **Miscellaneous**
 Description: **ARTICLES OF DISSOLUTION**
 Filing Date: **03/11/2005**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **07/02/2004**
 Reason: **Miscellaneous**
 Description: **CHANGE OF REGISTERED OFFICE/AGENT**
 Filing Date: **07/24/2003**
 Reason: **Miscellaneous**
 Description: **ADMINISTRATION DISSOLUTION**
 Filing Date: **07/10/2003**
 Reason: **Miscellaneous**
 Description: **CHANGE OF REGISTERED OFFICE/AGENT**
 Filing Date: **10/25/2001**
 Reason: **Miscellaneous**

Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **06/11/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **02/14/2000**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **12/10/1999**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **10/04/1999**
Reason: **Miscellaneous**
Description: **ARTICLES OF INCORPORATION**
Incorporation State: **IN**
**HUNTER ELLIS, INC. (Primary)**
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
Filing Number: **2004090700276**
Link Number: 116047755
Filing Office Link Number: 1807693485
Corporation Type: **Profit**
Address Type: **Mailing**
Registration Type: **Domestic Corporation**
Verification Date: **02/28/2018**
Filing Date: **09/07/2004**
Incorporation Date: **09/07/2004**
Date First Seen: **10/17/2004**
Date Last Seen: **04/05/2018**
Received Date: **03/30/2018**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
File Date: **04/06/2018**
Sec Status: **IN24**

Corporate Officers and Directors
**SOLEDAD DEANDA** , Title: **Secretary** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOE KOVERA** , Title: **President** [ View Person Record ]
**PO BOX 577675, CHICAGO, IL 60657-7337 (COOK COUNTY)**
**MICHAEL L SATKOWSKI** , Title: **Incorporator** [ View Person Record ]
**722 211TH ST, DYER, IN 46311-1106 (LAKE COUNTY)**
**SCOTT E YAHNE** , Title: **Registered Agent** [ View Person Record ]
**5246 HOHMAN AVE, HAMMOND, IN 46320-1733 (LAKE COUNTY)**

Corporate Amendments
Filing Date: **04/13/2009**
Reason: **Miscellaneous**
Description: **ARTICLES OF DISSOLUTION**
Filing Date: **12/22/2008**
Reason: **Miscellaneous**
Description: **2008 BUSINESS ENTITY REPORT FILED.  LOCATOR NUMBER- 081222WWW**
Incorporation State: **IN**
**ICHIBAHN, INCORPORATED (Primary)**
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
Filing Number: **1998051500**
Link Number: 684918845
Filing Office Link Number: 1807693485
Corporation Type: **Profit**
Address Type: **Mailing**
Registration Type: **Domestic Corporation**
Verification Date: **04/01/2022**

Filing Date: **05/27/1998**
Incorporation Date: **05/27/1998**
Date First Seen: **06/12/1998**
Date Last Seen: **04/10/2022**
Received Date: **04/08/2022**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
File Date: **04/12/2022**
Sec Status: **Active**

Corporate Officers and Directors
**JOSEPH KOVERA** , Title: **President** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Secretary** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**

Corporate Amendments
Filing Date: **03/09/2022**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **05/06/2020**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **03/16/2018**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **04/15/2016**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **03/19/2014**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **03/07/2012**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **11/30/2011**
Reason: **Miscellaneous**
Description: **CHANGE OF OFFICER**
Filing Date: **03/08/2010**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **12/22/2008**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **04/22/2006**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **02/21/2006**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **07/02/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **04/11/2002**
Reason: **Miscellaneous**
Description: **ADMINISTRATION DISSOLUTION**
Filing Date: **10/25/2001**
Reason: **Miscellaneous**

Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **06/11/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **02/14/2000**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **12/10/1999**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **05/27/1998**
Reason: **Miscellaneous**
Description: **ARTICLES OF INCORPORATION**
Incorporation State: **IL**
**I'M LOOKING, INCORPORATED (Primary)**
Filing Number: **60797641**
Auth Capital Total Amount: **$20**
Tax Percent Factor: **00100**
Filing Office Link Number: 1807691625
Corporation Type: **Profit**
Registration Type: **Domestic Corporation**
Verification Date: **06/13/2022**
Filing Date: **12/09/1999**
Incorporation Date: **12/09/1999**
Date First Seen: **12/11/1999**
Date Last Seen: **10/26/2022**
Registered Agent Appoint Date: **11/26/2003**
Fiscal Year End Date: **1600**
Total Capital Amount: **$20**
Received Date: **09/27/2022**
Perpetual Indicator: **Y**
Misc Details: **IMPORTANT:  FILING IS "NOT IN GOOD STANDING" IF A CURRENT ANNUAL REPORT HAS NOT BEEN FILED**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **501 S 2ND ST # 350, SPRINGFIELD, IL 62756-0002 (SANGAMON COUNTY)**
File Date: **10/27/2022**
Sec Status: **Dissolved**

Corporate Officers and Directors
**JOSEPH J KOVERA  3644 NORTH BELL AVENUE  CHICAGO 60618** , Title: **President**
**JOSEPH J KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**

Corporate Amendments
Filing Date: **05/11/2012**
Reason: **Dissolution Of Corporation**
Description: **INVOLUNTARILY DISSOLVED**

Corporate Stock Issues
Dollar Value: **$20**
Auth Quantity: **2,000**
Issued Quantity: **2,000**
Par Value: **100**
Par Value Flag: **Y**
Voting Rights Flag: **Y**
Convertible Flag: **N**
Stock Type: **Common**
Incorporation State: **IN**
**PRETTY UGLY, INC. (Primary)**
**JACK RABBIT'S ROADHOUSE (Trade Style)**
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**

Filing Number: **2004081800147**
Link Number: **963028510**
Filing Office Link Number: 1807693485
Corporation Type: **Profit**
Address Type: **Mailing**
Registration Type: **Domestic Corporation**
Verification Date: **02/28/2018**
Filing Date: **08/18/2004**
Incorporation Date: **08/18/2004**
Date First Seen: **09/09/2004**
Date Last Seen: **04/05/2018**
Received Date: **03/30/2018**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
File Date: **04/06/2018**
Sec Status: **IN24**

Corporate Officers and Directors
**SOLEDAD DEANDA V** , Title: **Secretary** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **President** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Incorporator** [ View Person Record ]
**3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
**JOSEPH KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**

Corporate Amendments
Filing Date: **04/20/2009**
Reason: **Miscellaneous**
Description: **ARTICLES OF DISSOLUTION**
Filing Date: **12/22/2008**
Reason: **Miscellaneous**
Description: **2008 BUSINESS ENTITY REPORT FILED.  LOCATOR NUMBER-  081222WWW**
Incorporation State: **IL**
**JJR PROPERTIES OF IND., LLC (Primary)**
**JJR PROPERTIES, LLC (Former)**
Address: **3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
Filing Number: **01453688**
Link Number: 984788395
Filing Office Link Number: 9996440
Corporation Type: **Corporation**
Address Type: **Mailing**
Registration Type: **Limited Liability Company**
Verification Date: **04/07/2023**
Filing Date: **03/17/2005**
Sec State Status Date: **04/06/2023**
Date First Seen: **03/21/2005**
Date Last Seen: **04/18/2023**
Registered Agent Appoint Date: **03/14/2007**
Received Date: **04/17/2023**
Sec State Report File Date: **04/06/2023**
Misc Details: **LATEST DATE TO DISSOLVE: 88/88/8888.  MANAGEMENT TYPE: MEMBER MANAGED**
Filing Office Name: **SECRETARY OF STATE/LIMITED LIABILITY COMPANY DIVISION**
Filing Office Address: **213 S STATE ST # 2, SPRINGFIELD, IL 62704-1754 (SANGAMON COUNTY)**
File Date: **04/19/2023**
Sec Status: **Good Standing**

Corporate Officers and Directors
**VINCENT BRIZGYS** , Title: **Registered Agent** [ View Person Record ]

**935 ELMWOOD AVE APT 2, EVANSTON, IL 60202-1710 (COOK COUNTY)**
**JOSEPH J KOVERA** , Title: **Other, MANAGER** [ View Person Record ]
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
 Incorporation State: **IN**
**LAPDANCERS UNLIMITED, INCORPORATED (Former)**
**TSUNAMI, INCORPORATED (Former)**
 Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
 Filing Number: **1999100121**
 Link Number: **125213055**
 Filing Office Link Number: 1807693485
 Corporation Type: **Profit**
 Address Type: **Mailing**
 Registration Type: **Domestic Corporation**
 Verification Date: **03/01/2022**
 Filing Date: **10/04/1999**
 Incorporation Date: **10/04/1999**
 Date First Seen: **11/22/1999**
 Date Last Seen: **03/18/2022**
 Received Date: **03/16/2022**
 Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
 Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
 File Date: **03/21/2022**
 Sec Status: **Active**

Corporate Officers and Directors
**JOSEPH KOVERA** , Title: **President** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Secretary** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**RICHARD OSTER** , Title: **Incorporator** [ View Person Record ]
**8025 EXCELSIOR DR STE 200, MADISON, WI 53717-2902 (DANE COUNTY)**


Corporate Amendments
 Filing Date: **08/06/2021**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **09/14/2019**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **09/06/2017**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **10/25/2015**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **08/07/2013**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **08/02/2011**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **09/30/2009**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **01/28/2008**
 Reason: **Miscellaneous**
 Description: **BUSINESS ENTITY REPORT**
 Filing Date: **10/21/2005**

Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **11/15/2004**
Reason: **Miscellaneous**
Description: **ARTICLES OF AMENDMENT**
Filing Date: **10/25/2004**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **07/02/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **07/24/2003**
Reason: **Miscellaneous**
Description: **ADMINISTRATION DISSOLUTION**
Filing Date: **07/10/2003**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **10/25/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **06/11/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **02/14/2000**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **12/10/1999**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **10/04/1999**
Reason: **Miscellaneous**
Description: **ARTICLES OF INCORPORATION**
Incorporation State: **IN**
**NEW ORLEANS GRILL, INCORPORATED (Primary)**
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
Filing Number: **1999080638**
Link Number: 883253125
Filing Office Link Number: 1807693485
Corporation Type: **Profit**
Address Type: **Mailing**
Registration Type: **Domestic Corporation**
Verification Date: **02/28/2018**
Filing Date: **08/09/1999**
Incorporation Date: **08/09/1999**
Date First Seen: **11/22/1999**
Date Last Seen: **04/04/2018**
Received Date: **03/30/2018**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
File Date: **04/05/2018**
Sec Status: **IN24**

Corporate Officers and Directors
**JOSEPH KOVERA** , Title: **President** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**RICHARD OSTER** , Title: **Incorporator**
**214 N HENRY ST STE 201, MADISON, WI 53703-2200 (DANE COUNTY)**

Corporate Amendments
Filing Date: **05/08/2006**
Reason: **Miscellaneous**
Description: **ARTICLES OF DISSOLUTION**
Filing Date: **04/22/2006**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **12/13/2004**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **07/02/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **07/10/2003**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **06/18/2003**
Reason: **Miscellaneous**
Description: **ADMINISTRATION DISSOLUTION**
Filing Date: **10/25/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **06/11/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **02/14/2000**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **12/10/1999**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **08/09/1999**
Reason: **Miscellaneous**
Description: **ARTICLES OF INCORPORATION**
Incorporation State: **IL**
**PENTACORP COMMUNICATIONS, INC. (Primary)**
Filing Number: **60097208**
FEINumber: **36-4247207**
Auth Capital Total Amount: **$20**
Tax Percent Factor: **00100**
Filing Office Link Number: 1807691625
Corporation Type: **Profit**
Registration Type: **Domestic Corporation**
Verification Date: **09/15/2022**
Filing Date: **08/21/1998**
Incorporation Date: **08/21/1998**
Date First Seen: **10/03/1998**
Date Last Seen: **11/25/2022**
Registered Agent Appoint Date: **07/24/2013**
Total Capital Amount: **$20**
Received Date: **11/23/2022**
Sec State Report File Date: **07/28/2021**
Perpetual Indicator: **Y**
Misc Details: **IMPORTANT:  FILING IS "NOT IN GOOD STANDING" IF A CURRENT ANNUAL REPORT HAS NOT BEEN FILED**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **501 S 2ND ST # 350, SPRINGFIELD, IL 62756-0002 (SANGAMON COUNTY)**
File Date: **11/26/2022**
Sec Status: **Good Standing**

Corporate Officers and Directors

**JOSEPH J KOVERA  3644 N BELL AVE  CHICAGO 60618** , Title: **President**
**JOSEPH JONATHAN KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3617 N BELL AVE, CHICAGO, IL 60618-4819 (COOK COUNTY)**
**JOSEPH J KOVERA SAME** , Title: **Secretary**

Corporate Stock Issues
Dollar Value: **$20**
Auth Quantity: **2,000**
Issued Quantity: **2,000**
Par Value: **100**
Par Value Flag: **Y**
Voting Rights Flag: **Y**
Convertible Flag: **N**
Stock Type: **Common**
Incorporation State: **IN**
**TWIN PEAKS, INCORPORATED (Primary)**
Address: **251 E OHIO ST STE 1100, INDIANAPOLIS, IN 46204-2147 (MARION COUNTY)**
Filing Number: **1999120276**
Filing Office Link Number: 1807693485
Corporation Type: **Profit**
Address Type: **Mailing**
Registration Type: **Domestic Corporation**
Verification Date: **02/28/2018**
Filing Date: **12/03/1999**
Incorporation Date: **12/03/1999**
Date First Seen: **12/20/2000**
Date Last Seen: **04/04/2018**
Received Date: **03/30/2018**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
File Date: **04/05/2018**
Sec Status: **IN24**

Corporate Officers and Directors
**EFRON, EFRON & YAHNE, P.C.** , Title: **Registered Agent**
**5246 HOHMAN AVE, HAMMOND, IN 46320-1733 (LAKE COUNTY)**
**JOSEPH J KOVERA** , Title: **President** [ View Person Record ]
**PO BOX 577675, CHICAGO, IL 60657-7337 (COOK COUNTY)**
**RICHARD OSTERF** , Title: **Incorporator**
**8025 EXCELSIOR DR STE 200, MADISON, WI 53717-2902 (DANE COUNTY)**

Corporate Amendments
Filing Date: **06/11/2007**
Reason: **Miscellaneous**
Description: **ARTICLES OF DISSOLUTION**
Filing Date: **09/29/2006**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **09/17/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF PRINCIPAL ADDRESS**
Filing Date: **07/02/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **05/21/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF PRINCIPAL ADDRESS**
Filing Date: **07/10/2003**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **08/07/2002**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**
Filing Date: **10/25/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **06/11/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **02/14/2000**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **12/10/1999**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**
Filing Date: **12/03/1999**
Reason: **Miscellaneous**
Description: **ARTICLES OF INCORPORATION**


## Liens:


Name: **JOSEPH J KOVERA**[ View Person Record ]
Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Total Lien Amount: **$151,962**
Court Case Number: **0719435316**
Alternate Court Case Number: **367057707**

Name: **JOSEPH J KOVERA**[ View Person Record ]
Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Total Lien Amount: **$151,962**
Court Case Number: **0715935408**
Alternate Court Case Number: **367057707**

Recording Date: **06/08/2007**
Tax Lien Date: **05/24/2007**
Last Refile Or Lien Extension Date: **02/07/2017**
Name: **JOSEPH J KOVERA**[ View Person Record ]
Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Filing County: **Cook, IL**
Total Lien Amount: **$151,962**
Deed Category Type: **Placement**
Damar Document Type: **Federal Tax Lien**
Court Case Number: **15935408**
Federal Tax Lien Area: **Small Business**
Tax Lien Serial Lien Certificate Number: **367057707**
Kind Of Tax: **1040**
Tax Period Minimum: **12/31/2005**
Tax Period Maximum: **12/31/2005**
Federal Tax Lien Prepared And Signed City: **ST PAUL**
Federal Tax Lien Prepared And Signed State: **MN**

Name: **JOSEPH J KOVERA**[ View Person Record ]
Address: **3644 N BELL AVE, CHICAGO, IL 60618-4820 (COOK COUNTY)**
Total Lien Amount: **$151,962**
Court Case Number: **715935408**
Alternate Court Case Number: **00468003149**

## Judgments:

**None Found**

## Bankruptcy Records (None Found)