# Table of Contents

Subject Information ................................................................................................................. 2
Indicators .................................................................................................................................. 2
Principals (2 Found) ................................................................................................................ 2
Subsidiaries (None Found) ...................................................................................................... 3
Other Phones at Address (1 Found) ....................................................................................... 3
Other Businesses at Address (14 Found) ............................................................................... 3
Corporations (1 Found) ........................................................................................................... 4
Other Corporations at Address (11 Found) ........................................................................... 5
Global Watch Lists (None Found) .......................................................................................... 6
Property Deeds (None Found) ................................................................................................ 6
Property Assessments (None Found) ..................................................................................... 6
Property Foreclosures (None Found) ..................................................................................... 6
Evictions (None Found) ........................................................................................................... 6
Current Vehicle Information (None Found) ......................................................................... 7
Past Vehicle Information (None Found) ................................................................................ 7
Aircraft Records (None Found) .............................................................................................. 7
Bankruptcy Filings (None Found) .......................................................................................... 7
Liens (2 Found) ......................................................................................................................... 7
Judgments (None Found) ........................................................................................................ 7
UCC Filings (None Found) ...................................................................................................... 7
Other Known Employees (None Found) ................................................................................ 7
Possible Current and Former Employees (None Found) ..................................................... 7

**Important:**            ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws. User agrees to having knowledge of all applicable laws pertaining to the usage of data. User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Business Report

**Business Report**
**Date:** 05/08/2023

## Subject Information

| | |
|---|---|
| Reference ID: | **NONE** |
| Names: | **TSUNAMI INCORPORATED** <br> **TSUNAMI INCORPORATED** |
| Estimated # Employees: | **6** |
| Address: | **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)** |
| Link Number: | **125213055** |
| D-U-N-S® Number: | **02-504-2611** |
| FEIN: | **None Found** |
| Industry: | **44930000 - Marinas** |

## Indicators

Global Watch Lists Match: **No**

## Principals (2 Found)

    **JOSEPH KOVERA** DOB: **XX/XX/1960** Age: **62** [ View Person Record ]
      PRESIDENT; SECRETARY
      3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)
    **JOSEPH KOVERA (62)** [ View Person Record ]
      PRESIDENT; SECRETARY
      3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)

**RICHARD OSTER**  DOB: **XX/XX/1968** Age: **54**   [ View Person Record ]
    INCORPORATOR
     8025 EXCELSIOR DR STE 200, MADISON, WI 53717-2902 (DANE COUNTY)

**RICHARD OSTER (54)** [ View Person Record ]
    INCORPORATOR
     8025 EXCELSIOR DR STE 200, MADISON, WI 53717-2902 (DANE COUNTY)

## Subsidiaries (None Found)

## Other Phones at Address (1 Found)

**(219) 937-9751 (CT)** - INDUSTRIAL STRIP

## Other Businesses at Address (14 Found)

**TSUNAMI INCORPORATED (Primary)**
Link Number: 0

**BAR BILL ENTERPRISES (Primary)**
Link Number: 3072542810

**BUTLER TRUCKING COMPANY (Primary)**
**HAMMERSLEY TRUCKING (Trade Style)**
Link Number: 4694757245

**DGB STEEL CORPORATION (Primary)**
Link Number: 4735373560

**HAMMOND TRAVEL & TOUR (Primary)**
Link Number: 781986295

**HUNTER ELLIS, INC. (Primary)**
Link Number: 116047755

**ICHIBAHN (Primary)**
**ICHIBAHN, INCORPORATED (Primary)**
Link Number: 684918845

**INDUSTRIAL STRIP (Primary)**
Link Number: 838394205

**J B HOUSTON FREIGHT BROKERS (Primary)**
Link Number: 550942710

**L & J MOTOR SERVICE (Primary)**
Link Number: 4047392650

**NEW ORLEANS GRILL INC (Primary)**
**NEW ORLEANS GRILL, INCORPORATED (Primary)**
Link Number: 883253125

**PRETTY UGLY, INC. (Primary)**
Link Number: 963028510

**RYDER TRUCK LINES INC (Primary)**
Link Number: 351210145

**SCHULTZ INTERNATIONAL SHIPPING (Primary)**
Link Number: 4013641970

# Corporations (1 Found)

Incorporation State: **IN**
**LAPDANCERS UNLIMITED, INCORPORATED (Former)**
**TSUNAMI, INCORPORATED (Former)**
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
Filing Number: **1999100121**
Link Number: 125213055
D-U-N-S® Number: 02-504-2611
Filing Office Link Number: 1807693485
Filing Office D-U-N-S® Number: 36-153-8697
Corporation Type: **Profit**
Address Type: **Mailing**
Registration Type: **Domestic Corporation**
Verification Date: **03/01/2022**
Filing Date: **10/04/1999**
Incorporation Date: **10/04/1999**
Date First Seen: **11/22/1999**
Date Last Seen: **03/18/2022**
Received Date: **03/16/2022**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **200 W WASHINGTON ST, INDIANAPOLIS, IN 46204-2715 (MARION COUNTY)**
File Date: **03/21/2022**
Sec Status: **Active**

Corporate Officers and Directors
**JOSEPH KOVERA** , Title: **President** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Secretary** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**JOSEPH KOVERA** , Title: **Registered Agent** [ View Person Record ]
**3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**
**RICHARD OSTER** , Title: **Incorporator** [ View Person Record ]
**8025 EXCELSIOR DR STE 200, MADISON, WI 53717-2902 (DANE COUNTY)**

Corporate Amendments
Filing Date: **08/06/2021**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **09/14/2019**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **09/06/2017**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **10/25/2015**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **08/07/2013**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **08/02/2011**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **09/30/2009**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **01/28/2008**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **10/21/2005**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **11/15/2004**
Reason: **Miscellaneous**
Description: **ARTICLES OF AMENDMENT**

Filing Date: **10/25/2004**
Reason: **Miscellaneous**
Description: **BUSINESS ENTITY REPORT**

Filing Date: **07/02/2004**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **07/24/2003**
Reason: **Miscellaneous**
Description: **ADMINISTRATION DISSOLUTION**

Filing Date: **07/10/2003**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **10/25/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **06/11/2001**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **02/14/2000**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **12/10/1999**
Reason: **Miscellaneous**
Description: **CHANGE OF REGISTERED OFFICE/AGENT**

Filing Date: **10/04/1999**
Reason: **Miscellaneous**
Description: **ARTICLES OF INCORPORATION**

## Other Corporations at Address (11 Found)

**CHICAGO AREA TRUCK LINES INC (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN23**

**FANTASYMAKERS, INCORPORATED (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN24**

**HUNTER ELLIS, INC. (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN24**

**ICHIBAHN, INCORPORATED (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **Active**

**JACK RABBIT'S ROADHOUSE (Trade Style)**
Incorporated In: **Indiana**
Status: **IN24**

**LAPDANCERS UNLIMITED, INCORPORATED (Former)**
Incorporated In: **Indiana**
Status: **Active**

**LO-DO INC (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN23**

**NEW ORLEANS GRILL, INCORPORATED (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN24**

**PRETTY UGLY, INC. (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN24**

**TRUCK VALET INC (Primary)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **IN23**

**TSUNAMI, INCORPORATED (Former)** [ View Business Record ]
Incorporated In: **Indiana**
Status: **Active**

# Global Watch Lists (None Found)

# Property Deeds (None Found)

# Property Assessments (None Found)

# Property Foreclosures (None Found)

# Evictions (None Found)

### Current Vehicle Information (None Found)

### Past Vehicle Information (None Found)

### Aircraft Records (None Found)

### Bankruptcy Filings (None Found)

### Liens (2 Found)

Filing Date: **12/20/2011**
Debtors:

Business Name: **TSUNAMI INC** [ View Business Record ]
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**

Lien Amount: **2712**

Filing Date: **09/08/2011**
Debtors:

Business Name: **TSUNAMI INC** [ View Business Record ]
Address: **3626 CALUMET AVE, HAMMOND, IN 46320-1125 (LAKE COUNTY)**

Lien Amount: **6718**

### Judgments (None Found)

### UCC Filings (None Found)

### Other Known Employees (None Found)

### Possible Current and Former Employees (None Found)