**From:** Wendy Cespedes wcespedes@andreou-casson.com
**Subject:** 002-352 Martinez v Tsunami, Incorporated (22 cv 283)
**Date:** April 28, 2023 at 3:30 PM
**To:** matthew@foresterhaynie.com, sean@sanfordlawfirm.com
**Cc:** Luke Casson lcasson@andreou-casson.com, Michelle Jensen mjensen@andreou-casson.com



Good Afternoon,

Attached is Defendants Tsunami, Inc and Joseph Kovera's Motion to Dismiss. Should you have any questions or concerns, please do not hesitate to contact us.

Thank You
--

# Wendy Cespedes

**Docket Manager**

Andreou & Casson, Ltd.

661 West Lake Street, Suite 2N

Chicago, Illinois 60661

312.935.2000/ 312.935.2001

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 935-2000 and also indicate the sender's name. Thank you.

CIRCULAR 230 NOTICE: Treasury Department Circular 230 requires that we inform you that any discussion of U.S. federal tax issues contained herein and in any accompanying materials is not intended or written to be relied upon, and cannot be relied upon, by any person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein or therein.

MTD.pdf
79 KB