## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

JORDYN MARTINEZ, individually and on )
behalf of all others similarly situated, )
       Plaintiff, )
      )
     v. )    CAUSE NO.: 2:22-CV-283-PPS-JPK
      )
TSUNAMI, INC., and JOSEPH KOVERA, )
       Defendants. )

## ORDER

     This matter is before the Court on Plaintiff's Motion to Consider Defendants Properly Served or Alternately for Alternate Service [DE 11]. Plaintiff Jordyn Martinez indicates she has repeatedly tried to serve the defendants, but has not been successful. Attached to the motion is correspondence from a law firm apparently representing the defendants, including a motion to dismiss apparently written on their behalf. [*See* DE 11-11, 11-12]. However, no appearance has been filed for the defendants, and that motion is not before the Court.

     It is not clear that Martinez's motion has been served on the defendants; therefore, the Court will direct Martinez to serve her motion before taking any further action. Although there is confusion about the appropriate addresses, compliance with this order may be achieved by mailing the documents to the corporate defendant's registered agent, and to an address Martinez believes to be the individual defendant's "residence, place of business or employment." *See* Fed. R. Civ. P. 4(e)(1), 4(h); Ind. Tr. R. 4.1(A).

     Accordingly, the Court **TAKES UNDER ADVISEMENT** Plaintiff's motion [DE 11], and **ORDERS** Plaintiff to serve a copy of her motion and this order on each defendant by certified mail, return receipt requested, by **June 30, 2023**, and **FILE** proof of service when she has done so.

The Court further **DIRECTS** the Clerk to serve a copy of this order on the attorney purportedly representing the defendants, at the address listed below. The defendants are granted until __**July 14, 2023**__, to respond to this motion. Any requests to extend this deadline will be disfavored.

So ORDERED this 23rd day of June, 2023.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT

cc:     Luke A. Casson, Andreou & Casson, Ltd., 661 West Lake Street, Suite 2N, Chicago, IL 60661