**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, Plaintiff, <br><br> v. <br><br> TSUNAMI, INCORPORATED, and JOSEPH KOVERA, Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2022 cv 00283 <br><br> Judge Philip P. Simon <br> Magistrate Judge Joshua P. Kolar |

**To the Clerk of this Court and all parties of record:**

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for Defendants, Tsunami, Incorporated and Joseph Kovera.

**September 13, 2023**                    **_/s/Scott E. Yahne_____**
**Date**                                 **Scott E. Yahne, #16912-53**
                                         **Yahne.Law, P.C.**
                                         **3 Lincolnway, Su. 201**
                                         **Valparaiso, IN  46383**
                                         **(219) 513-9892**
                                         **scott@yahnelaw.com**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of September, 2023, a true and complete copy of the foregoing was filed in the United States District Court in the Northern District of Indiana through means of electronic filing.  Electronic service was made on the following via the CM/ECF System:

   **David Matthew Haynie**
   **Sean Short PHV**

                            **_/s/Scott E. Yahne_____**