005-352

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2022 cv 00283 |
| TSUNAMI, INCORPORATED, and JOSEPH KOVERA, | ) ) ) | Judge Philip P. Simon |
| | ) | Magistrate Judge Joshua P. Kolar |
| Defendants | ) | |

## NOTICE OF FILING

TO:     All Counsel of Record

    PLEASE TAKE NOTICE that on this **13th day of September 2023**, we have caused to be electronically filed with the Clerk of the United States District Court, Northern District of Indiana, Hammond Division, **DEFENDANTS TSUNAMI, INC.'s AND JOSEPH KOVERA'S ANSWER AND AFFIRMATIVE DEFENSES**.
.

| | |
|---|---|
| */s/ Scott E. Yahne* <br> Scott E. Yahne <br> Yahne Law, P.C. <br> 3 Lincolnway, Su. 201 <br> Valparaiso, Indiana 46383 <br> Tell: 219-513-9892 <br> Email: scott@yahnelaw.com | */s/ Luke A. Casson* <br> Luke A. Casson (Pending Admission *Pro Hac Vice*) <br> Andreou & Casson, Ltd. <br> 661 West Lake Street, Suite 2N <br> Chicago, Illinois 60661 <br> Tel: 312-935-2000 <br> Fax: 312-935-2001 <br> Email: lcasson@andreou-casson.com |

## PROOF OF SERVICE

    The undersigned, an attorney, under penalties as provided by law pursuant hereby certify and state that I electronically filed the foregoing and the referenced Answer and Affirmative Defenses with the Northern District of Indiana using the CM/ECF system which will send notification of such filing to the following CM/ECF participants on this **13th day of September 2023.**

David Matthew Haynie
Sean Short PHV

                                                            */s/ Scott E. Yahne*
                                                            Scott E. Yahne