(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Jordyn Martinez

v.

Tsunami, Incorporated, and Joseph Kovera

Cause No. 2:22-cv-00283-PPS-JPK

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiff, Jordyn Martinez

Party(s) Represented

Prefix (check one): ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Qualls     First Name: Colby     Middle Name/Initial: L

Generation (Sr, Jr, etc):

Firm Name: Forester Haynie, PLLC

Street Address: 400 North Saint Paul Street     Suite/Room No.: 700

City: Dallas     State: TX     Zip: 75201

Office Telephone No.: 214-210-2100     Fax No.: 469-399-1070

E-Mail Address: cqualls@foresterhaynie.com

**EDUCATION:**

College: University of Central Arkansas     Degree: Political Science & Sociology     Year Completed: 2015

Law School: University of Arkansas at Little Rock— William H. Bowen School of Law, Little Rock, AR     Year Graduated: 2019

Other Post-Graduate Schooling: University of Arkansas at Little Rock— Clinton School of Public Service, M.P.S. 2018

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Arkansas | 2019 | Good Standing | 2019246 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See Attached Exhibit A - Admissions | | |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, _____Colby Qualls_____, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: _____10/17/2023_____     /s/ Colby Qualls
                                                                    Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

Revised 06/05/2013