| Jurisdiction | Year Admitted |
|---|---|
| Supreme Court of Arkansas | 2019 |
| U.S. District Court District of Nebraska | 2021 |
| U.S. District Court Eastern District of Missouri | 2021 |
| U.S. District Court Northern District of Oklahoma | 2021 |
| U.S. District Court Eastern District of Arkansas | 2021 |
| U.S. District Court Western District of Arkansas | 2021 |
| U.S. District Court Western District of Tennessee | 2021 |
| U.S. District Court Western District of Oklahoma | 2021 |
| U.S. District Court Southern District of Illinois | 2021 |
| U.S. District Court Northern District of Illinois | 2021 |
| U.S. District Court Western District of Texas | 2021 |
| U.S. District Court Eastern District of Texas | 2021 |
| U.S. District Court Northern District of Texas | 2022 |
| U.S. District Court Southern District of Texas | 2022 |
| U.S. District Court Central District of Illinois | 2022 |
| U.S. Court of Appeals for the Fifth Circuit | 2023 |