005-352

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br> v. <br><br> TSUNAMI, INCORPORATED, and JOSEPH KOVERA, <br><br>       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2022 cv 00283 <br><br><br> Judge Philip P. Simon <br> Magistrate Judge Joshua P. Kolar |

**DEFENDANT TSUNAMI, INCORPORATED'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES IN COMPLIANCE WITH FED.R.CIV.P. 7.1 AND GENERAL ORDER 2023-6**

Pursuant to Fed.R.Civ.P. 7.1 and this Court's General Ordre 2023-06, Defendant Tsunami Incorporated, by and through its attorneys, states as follows:

1. It is not owned or controlled by any parent corporation nor does any publicly held corporation hold any interest in it.

2. Tsunami Incorporated wholly owned by Joseph Kovera, an Illinois resident.

3. No insurance carrier may be liable, in whole or in part, either directly or indirectly, for any judgment rendered in this action or for the costs of defense incurred thereto.

4. No additional disclosures are required as to Defendant Tsunami Incorporated under this Court's General Order 2023-06 or Fed.R.Civ.P. 7.1.

5. Jurisdiction and factual support for such jurisdiction is found in Dkt. 17 at Par. 3-5.

Respectfully submitted,

/s/ Scott E. Yahne

Scott E. Yahne
Yahne Law, P.C.
3 Lincolnway, Su. 201
Valparaiso, Indiana 46383
Tel: 219-513-9892
Email: scott@yahnelaw.com

/s/ Luke A. Casson

Luke A. Casson
(Pending Admission *Pro Hac Vice*)
Andreou & Casson, Ltd.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
Tel: 312-935-2000
Fax: 312-935-2001
Email: lcasson@andreou-casson.com