IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JORDYN MARTINEZ, Individually and on
Behalf of All Others Similarly Situated**   **PLAINTIFF**

vs.   No. 2:22-cv-283-PPS-AZ

**TSUNAMI, INCORPORATED,
and JOSEPH KOVERA**   **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Tsunami, Incorporated, and Joseph Kovera ("Defendants"), by and through their undersigned counsel, submit the following Joint Status Report as required pursuant to the Court's June 20, 2024, Order (ECF No. 29):

1. Discovery is ongoing.

2. Plaintiff has served a set of Interrogatories, Requests for Production, and Requests for Admission to Defendants, to which Defendants are now late in providing their Answers and Responses. Plaintiff has also sent a good faith letter to Defendants regarding the missing discovery responses and missing disclosures. Defendant has prepared preliminary responses to Plaintiff's discovery and is waiting on the assembly of responsive documents and signature. In addition, the Defendant has prepared written discovery which shall issue on July 5, 2024.

3. Plaintiff has recently served a 30(b)(6) deposition notice on Defendants, as well as a deposition notice for Defendant Joseph Kovera. Plaintiff intends to take these depositions on July 18 and 19, respectively. Defendant intends to take the deposition of

the Plaintiff.

4.  Plaintiff is hopeful, though dependent on Defendants' cooperation, that she will have completed all necessary discovery to prepare her case for trial by the discovery deadline of July 26, 2024. However, if Plaintiff does not receive the discovery responses and documents that she is entitled to, she may need to seek relief from the Court.

5.  The Parties have not yet participated in a settlement conference or mediation. Plaintiff has broached the possibility of a settlement with Defendants, but there have been no meaningful settlement discussions or negotiations to date.

6.  Counsel for the Defendant, Luke A. Casson, has requested temporary and special admission to the bar of this Court from the Chief Judge. That request was denied pending receipt of a letter from the Indiana Supreme Court Committee on Admissions. As that letter has not been received, counsel will not be able to proceed on behalf of the Defendant and anticipates that new counsel will have to appear.

Respectfully submitted,

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

David Matthew Haynie
Bar No. 24087692
matthew@foresterhaynie.com

     **and**    **DEFENDANTS TSUNAMI, INCORPORATED, and JOSEPH KOVERA**

YAHNE LAW, P.C.
3 Lincolnway, Suite 201
Valparaiso, Indiana 46383
Telephone: (219) 513-9892
scott@yahnelaw.com

*/s/ Scott E. Yahne*
Scott E. Yahne
scott@yahnelaw.com

ANDREOU & CASSON, LTD.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
Telephone: (312) 935-2000
Facsimile: (312) 935-2001

Luke A. Casson
lcasson@andreou-casson.com
lcasson@aclawgroup.biz