IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JORDYN MARTINEZ, Individually and on
Behalf of All Others Similarly Situated**                     **PLAINTIFF**

vs.                     No. 2:22-cv-283-PPS-AZ

**TSUNAMI, INCORPORATED,
and JOSEPH KOVERA**                                          **DEFENDANTS**

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Tsunami, Incorporated, and Joseph Kovera ("Defendants"), by and through their undersigned counsel, for their Joint Motion to Extend Discovery Deadline, state as follows:

1. This is an unpaid wages case brought pursuant to the Fair Labor Standards Act. (ECF No. 1).

2. On October 26, 2023, the Court set the discovery deadline for July 26, 2024. (ECF No. 25).

3. As recently indicated in the Parties' Joint Status Report (ECF No. 30), as well as during the July 11, 2024, telephonic status conference with the Court (ECF No. 31), discovery efforts are ongoing.

4. Plaintiff propounded a set of written discovery requests on Defendants on May 16, 2024, to which Defendants are preparing their responses. Plaintiff does not anticipate serving any additional written discovery requests.

5. Defendants propounded written discovery requests on Plaintiff on July 11,

2024, to which Plaintiff is preparing her responses. Defendants do not anticipate serving any additional written discovery requests.

6. Plaintiff anticipates taking both a 30(b)(6) deposition as well as a deposition of Defendant Joseph Kovera, and Defendants anticipate taking a deposition of Plaintiff Jordyn Martinez. The Parties do not anticipate that any other depositions will be necessary.

7. As indicated in the Parties' Joint Status Report (ECF No. 30), as well as during the July 11, 2024, telephonic status conference with the Court (ECF No. 31), there was some concern on Defendants' side that they may need to seek new counsel due to some perceived issues with their case managing attorney's *pro hac vice* admission status. This concern with the perceived issues of Defendants' case managing attorney's *pro hac vice* admission status, as well as concerns regarding the relative authority he had to manage the case in the meantime, have delayed the Parties' discovery efforts. Pursuant to the Court's instructions at the July 11, 2024, telephonic status conference, Defendants' counsel will continue to work on resolving the issues related to his *pro hac vice* admission and will keep the Court apprised of any further developments.

8. In spite of the unusual circumstances regarding Defendants' counsel's *pro hac vice* admission status, the Parties have made some progress regarding discovery. All Parties have now served written discovery and do not anticipate serving any additional sets of written discovery. Furthermore, Plaintiff has already served her notice for a 30(b)(6) deposition, so Defendant Tsunami, Incorporated is already on notice of the intended matters and subjects for examination, though the Parties will work together on setting dates and times for each of the necessary depositions.

9. In light of the remaining, necessary discovery, as well as the unusual circumstances regarding Defendants' counsel's *pro hac vice* admission status, the Parties believe that an additional three months for discovery will be necessary.

10. This motion is not made for any improper purpose, such as to harass or unduly delay this matter. Instead, the Parties need the additional time to complete the outstanding written discovery, as well as schedule and take three depositions.

11. An additional three months would give the Parties ample time to complete their written discovery, as well as confer and resolve any discovery disputes that may arise related to the outstanding written discovery. Furthermore, an additional three months would give the Parties ample time to schedule and complete the remaining depositions, working around the availability of the deponents and their counsel.

12. The Parties would also appreciate the additional time to work on trying to resolve this case amongst themselves. As indicated in the Parties' Joint Status Report (ECF No. 30), as well as during the July 11, 2024, telephonic status conference with the Court (ECF No. 31), the Parties intend to continue to explore the possibility of settlement. Pursuant to the Court's instructions at the July 11, 2024, telephonic status conference, and as part of the Parties' continued exploration of a potential resolution, the Parties will also evaluate whether a judicial settlement conference could be productive in this case.

13. This motion is made jointly and is the Parties' first request to extend the discovery deadline in this matter.

WHEREFORE, premises considered, Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated, and Defendants Tsunami, Incorporated, and Joseph Kovera, respectfully request that the Court grant this Joint Motion to Extend Discovery

Deadline, extend the discovery deadline from July 26, 2024, to October 24, 2024 to allow the Parties additional time to conduct discovery, and grant all other relief to which the Parties may be entitled.

Respectfully submitted,

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

David Matthew Haynie
Bar No. 24087692
matthew@foresterhaynie.com

and   **DEFENDANTS TSUNAMI, INCORPORATED, and JOSEPH KOVERA**

YAHNE LAW, P.C.
3 Lincolnway, Suite 201
Valparaiso, Indiana 46383
Telephone: (219) 513-9892
scott@yahnelaw.com

*/s/ Scott E. Yahne*
Scott E. Yahne
scott@yahnelaw.com