RECEIPT NO. _____  (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Jordyn Martinez, et al.

v.

Tsunami Inc. and Joseph Kover

Cause No.: 2:22-cv-00283-PPS-JPK

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Tsunami Inc. and Joseph Kovera

Party(s) Represented

Prefix (check one) ☒ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: Casson    First Name: Luke    Middle Name/Initial: A.

Generation (Sr, Jr, etc): 

Firm Name: A&C Law Group, Ltd.

Street Address: 661 West Lake Street    Suite/Room No.: 2N

City: Chicago    State: IL    Zip: 60661

Office Telephone No.: 312-935-2000    Fax No.: 312-935-2001

E-Mail Address: lcasson@aclawgroup.biz

**EDUCATION:**

College: DePaul Universtiy    Degree: B.A.    Year Completed: 1988

Law School: Valparaison University    Year Graduated: 1992

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 1999 | Good Standing | 6257881 |
| IN | | Lapsed | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. Court of Appeals for the 7th Circuit | 1993 | Good Standing |
| Northern District of Illinios | 1998 | Good Standing |
| Central District of Illinois | 2023 | Good Standing |
| U.S. Supreme Court | 2018 | Good Standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, Luke A. Casson, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 7/25/2024

_Signature of Applicant_

Considered and approved.

SO ORDERED.

Dated: _____          _____
                                                  Judge, U. S. District Court

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Luke Andrew Casson

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/06/1999 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of July, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois