# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JORDYN MARTINEZ, Individually and On Behalf of All Others Similarly Situated,<br>      Plaintiff,<br><br>v.<br><br>Tsunami, Inc. and Joseph Kovera<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:22-CV-00283-PPS-AZ<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Joint Motion to Extend Discovery Deadline [DE 32], filed by the parties on July 24, 2024. The Court and parties participated in a telephonic status conference on July 11, 2024.

On review of the instant Motion, noting the agreement between the parties, and good cause being shown, the Court hereby **GRANTS** the parties' Joint Motion to Extend Discovery Deadline [DE 32] and **ORDERS** that the discovery deadline shall by extended through **October 24, 2024**.

So ORDERED this 26th day of July, 2024.

                                              /s/ *Abizer Zanzi*
                                              MAGISTRATE JUDGE ABIZER ZANZI
                                              UNITED STATES DISTRICT COURT