# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Jordyn Martinez

v.

Tsunami, Incorporated and Joseph Kovera

Cause No. 2:22-cv-00283

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Tsunami Incorporated and Joseph Kovera

Party(s) Represented

Prefix (check one) ☐ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Green          First Name: Christopher          Middle Name/Initial: R.

Generation (Sr, Jr, etc):

Firm Name: Amundsen Davis

Street Address: 500 South High Street          Suite/Room No.: 1200

City: Columbus          State: Ohio          Zip: 43215

Office Telephone No.: 614-229-4563          Fax No.: 614-229-4559

E-Mail Address: cgreen@amundsendavislaw.com

**EDUCATION:**

College: The Ohio State University          Degree: B.A.          Year Completed: 2013

Law School: The Ohio State University Moritz College of Law          Year Graduated: 2017

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Ohio | 2017 | Good Standing | 0096845 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Ohio | 2023 | Good/0096845 |
| Southern District of Ohio | 2017 | Good/0096845 |
| Western District of Michigan | 2023 | Good/096845 |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, [Christopher R. Green], do solemnly swear or affirm that:

    I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

    I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

    I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 9/10/24

/s/Christopher R. Green
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

Revised 06/05/2013