(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Jordyn Martinez

v.

Tsunami, Incorporated and Joseph Kovera

Cause No. 2:22-cv-00283

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Tsunami Incorporated and Joseph Kovera

Party(s) Represented

Prefix (check one) ☐ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: Green
First Name: Christopher
Middle Name/Initial: R.
Generation (Sr, Jr, etc):

Firm Name: Amundsen Davis
Street Address: 500 South High Street
Suite/Room No.: 1200
City: Columbus
State: Ohio
Zip: 43215
Office Telephone No.: 614-229-4563
Fax No.: 614-229-4559
E-Mail Address: cgreen@amundsendavislaw.com

**EDUCATION:**

College: The Ohio State University
Degree: B.A.
Year Completed: 2013

Law School: The Ohio State University Moritz College of Law
Year Graduated: 2017

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Ohio | 2017 | Good Standing | 0096845 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Ohio | 2023 | Good/0096845 |
| Southern District of Ohio | 2017 | Good/0096845 |
| Western District of Michigan | 2023 | Good/096845 |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Christopher R. Green, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 9/10/24

/s/Christopher R. Green
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 9/16/2024

s/Abizer Zanzi

Judge, U. S. District Court



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Christopher R. Green**
Attorney Registration No. **0096845**

was admitted to the practice of law in Ohio on November 13, 2017; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 9th day of September, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*


No. 2024-09-09-1
Verify by email at GoodStandingRequests@sc.ohio.gov