UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TSUNAMI, INCORPORATED, and JOSEPH KOVERA,<br><br>Defendants | Case No. 2:22-cv-00283-PPS-AZ<br><br>Judge Philip P. Simon<br>Magistrate Judge Abizer Zanzi |

## Motion for Leave to Withdraw Appearance

Comes now Scott E. Yahne of Yahne.Law, PC (also hereinafter referred to as "Counsel"), and respectfully requests the Court to grant leave to withdraw his appearance on behalf of Tsunami Incorporated and Joseph Kovera (collectively referred to as "Defendants"), pursuant to N.D. Ind. LR. 83-8. In support of said motion, Counsel represents as follows:

1. That Counsel currently represents Defendants in this action in a role akin to "local counsel".

2. In light of this Court's Order of July 30, 2024 Denying Admission, in working with and through Luke Casson, Counsel suggested and facilitated the transfer of representation to replacement counsel.

3. On September 5, 2024, Debra Mastrian entered her appearance for Defendants, such the Counsel's continued role is superfluous and not in the best interests of Defendants.

4. That Counsel provided seven (7) day's notice of withdrawal in written form through the presentation of this Motion to Defendants on September 9, 2024.

WHEREFORE, Counsel respectfully requests he be given leave to withdraw his appearance in this cause of action.

Respectfully submitted,

/s/ Scott E. Yahne

Scott E. Yahne
Indiana Attorney ID Number 16912-53
Yahne Law, P.C.
3 Lincolnway, Su. 201
Valparaiso, Indiana 46383
Tel: 219-513-9892
Email:scott@yahnelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2024, a true and complete copy of the foregoing was filed in the United States District Court in the Northern District of Indiana through means of electronic filing. Electronic service was made on the following via the CM/ECF System:

**Sean Short PHV**
**Colby Qualls PHV**
**David Matthew Haynie**
**Debra A. Mastrian**

_/s/Scott E. Yahne_____