IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JORDYN MARTINEZ, Individually and on
Behalf of All Others Similarly Situated**                              **PLAINTIFF**

vs.                          No. 2:22-cv-283-PPS-AZ

**TSUNAMI, INCORPORATED,
and JOSEPH KOVERA**                                                    **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Tsunami, Incorporated, and Joseph Kovera ("Defendants"), by and through their undersigned counsel, submit the following Joint Status Report as required pursuant to the Court's October 16, 2024, Order (ECF No. 41):

1. On July 26, 2024, the Court extended the discovery deadline in this case to October 24, 2024. ECF No. 34.

2. Since the extension of the discovery deadline, the Parties had exchanged responses to each side's written discovery requests as well as engaged in document production pursuant to the discovery requests.

3. The Parties had also scheduled the deposition of Jordyn Martinez as well as a 30(b)(6) deposition to take place on October 23, 2024, and continue through October 24, 2024, if necessary.

4. Though the Parties had been discussing the potential of a resolution within the past few weeks, the Parties began actively negotiating on October 21, 2024, and were able to reach a settlement in principle on October 22, 2024.

5. Once the Parties reached a settlement in principle, they canceled the depositions that were set for October 23, 2024.

6. Because the Parties' settlement compromises Plaintiff's FLSA claims, the Parties intend to seek the Court's approval of their settlement.

7. The Parties are currently working on the settlement-related documents, including the terms and conditions of their settlement agreement. The Parties estimate that it will take up to 45 days to prepare, finalize, and execute the settlement agreement and to prepare and submit the motion for settlement approval and supporting papers for the Court's consideration.

Respectfully submitted,

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

David Matthew Haynie
Bar No. 24087692
matthew@foresterhaynie.com

**and    DEFENDANTS TSUNAMI, INCORPORATED, and JOSEPH KOVERA**

AMUNDSEN DAVIS LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204

Telephone: 317-464-4100

Debra A. Mastrian
Bar No. 17863-30
dmastrian@amundsendavislaw.com

AMUNDSEN DAVIS LLC
500 South High Street, Ste. 1200
Columbus, Ohio 43215
Telephone: 614-229-4563

*/s/ Christopher R. Green*_____
Christopher Green
Bar No. 0096845
cgreen@amundsendavislaw.com