UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
__HAMMOND__ DIVISION

Jordyn Martinez

Plaintiff,

v.

Tsunami, Inc., and Joseph Kovera

Defendant,

Civil Action No.: 2:22-cv-283-PPS-AZ

**CONSENT TO OR DECLINATION OF THE EXERCISE
OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party will consent or decline to consent to having a Magistrate Judge conduct any and all proceedings in this case, including entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 72-1.

☑ The party or parties listed below voluntarily consent to having a United States Magistrate Judge conduct all further proceedings in this case to disposition, with direct review by the Seventh Circuit Court of Appeals in the event an appeal is filed.

**OR**

☐ The party or parties listed below acknowledge the availability of a United States Magistrate Judge but decline to consent.

Should this case be reassigned from one magistrate to another due to caseload restrictions, recusal, retirement or any other reason, the undersigned may object within thirty (30) days of such reassignment.

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Jordyn Martinez | Colley Qualls | 11/12/24 |
| Tsunami Inc. and Joseph Kovera | Chris Thun | 12/2/24 |

RETURN THIS FORM VIA EMAIL TO THE CLERK OF THE COURT AT THE APPROPRIATE EMAIL ADDRESS SHOWN BELOW.

Fort Wayne: FWClerks@innd.uscourts.gov    South Bend: SBClerks@innd.uscourts.gov
Hammond: HMDClerks@innd.uscourts.gov    Lafayette: LafClerks@innd.uscourts.gov

To return this form via U.S. Mail, please refer to http://www.innd.uscourts.gov for mailing addresses.