IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JORDYN MARTINEZ, Individually and on
Behalf of All Others Similarly Situated**　　　　　　　　　　**PLAINTIFF**

vs.　　　　　　　　　　No. 2:22-cv-283-AZ

**TSUNAMI, INCORPORATED,
and JOSEPH KOVERA**　　　　　　　　　　　　　　　**DEFENDANTS**

### JOINT MOTION TO EXTEND DISMISSAL DEADLINE

Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Tsunami, Incorporated, and Joseph Kovera ("Defendants"), by and through their undersigned counsel, for their Joint Motion to Extend Dismissal Deadline, state as follows:

1. On October 23, 2024, the Parties filed a Joint Status Report, informing the Court that they had reached a settlement in principle. ECF No. 42.

2. The Parties estimated that it would take them about 45 days to prepare, finalize, and execute the settlement agreement, as well as to prepare and submit the motion for settlement approval and supporting papers for the Court's consideration. *Id.*

3. On October 31, 2024, the Court held a telephone conference with the Parties and set a deadline of December 12, 2024, for any motions to dismiss. ECF No. 43.

4. The Parties are still working to edit the settlement documents to the satisfaction of all Parties. The Parties require more time to finalize and execute the settlement agreement, as well as to prepare and submit the motion for settlement

approval and supporting papers for the Court's consideration.

5.  The Parties respectfully request an additional 45 days to finalize and execute the settlement agreement, as well as to prepare and submit the motion for settlement approval and supporting papers for the Court's consideration.

6.  This motion is not made for any improper purpose, such as to harass or unduly delay this matter.

7.  This motion is made jointly and is the Parties' first request to extend the dismissal deadline in this matter.

WHEREFORE, premises considered, Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated, and Defendants Tsunami, Incorporated, and Joseph Kovera, respectfully request that the Court grant this Joint Motion to Extend Dismissal Deadline, extend the deadline to file any motions to dismiss from December 12, 2024, to January 26, 2025, and grant all other relief to which the Parties may be entitled.

Respectfully submitted,

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

David Matthew Haynie
Bar No. 24087692
matthew@foresterhaynie.com

|  |  |
|---|---|
| **and** | **DEFENDANTS TSUNAMI, INCORPORATED, and JOSEPH KOVERA**<br><br>AMUNDSEN DAVIS LLC<br>201 N. Illinois Street, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: 317-464-4100<br><br>Debra A. Mastrian<br>Bar No. 17863-30<br>dmastrian@amundsendavislaw.com<br><br>AMUNDSEN DAVIS LLC<br>500 South High Street, Ste. 1200<br>Columbus, Ohio 43215<br>Telephone: 614-229-4563<br><br>*/s/ Christopher R. Green*<br>Christopher Green<br>Bar No. 0096845<br>cgreen@amundsendavislaw.com |