IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JORDYN MARTINEZ, Individually and on
Behalf of All Others Similarly Situated**     **PLAINTIFF**

vs.     No. 2:22-cv-283-AZ

**TSUNAMI, INCORPORATED,
and JOSEPH KOVERA**     **DEFENDANTS**

## JOINT MOTION TO EXTEND DISMISSAL DEADLINE

Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Tsunami, Incorporated, and Joseph Kovera ("Defendants"), by and through their undersigned counsel, for their Joint Motion to Extend Dismissal Deadline, state as follows:

1. On October 23, 2024, the Parties filed a Joint Status Report, informing the Court that they had reached a settlement in principle. ECF No. 42.

2. On October 31, 2024, the Court held a telephone conference with the Parties and originally set a deadline of December 12, 2024, for any motions to dismiss. ECF No. 43.

3. On December 11, 2024, the Parties filed a Joint Motion to Extend Dismissal Deadline, requesting an additional 45 days to finalize and execute the settlement agreement, as well as to prepare and submit the motion for settlement approval and supporting documents for the Court's consideration. ECF No. 45.

4. The Court granted the Parties' Joint Motion on December 12, 2024, extending the deadline to file dismissal papers through January 27, 2025. ECF No. 46.

5. The Parties have since finalized the settlement agreement and are in the process of obtaining signatures from all necessary parties. However, the Parties require a little more time to execute the settlement agreement, as well as to edit, finalize, and submit the motion for settlement approval, along with the supporting papers for the Court's consideration.

6. The Parties respectfully request an additional 30 days to execute the settlement agreement, as well as to edit, finalize, and submit the motion for settlement approval and supporting papers for the Court's consideration.

7. This motion is not made for any improper purpose, such as to harass or unduly delay this matter.

8. This motion is made jointly and is the Parties' second request to extend the dismissal deadline in this matter.

WHEREFORE, premises considered, Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated, and Defendants Tsunami, Incorporated, and Joseph Kovera, respectfully request that the Court grant this Joint Motion to Extend Dismissal Deadline, extend the deadline to file any motions to dismiss from January 27, 2025, to February 26, 2025, and grant all other relief to which the Parties may be entitled.

Respectfully submitted,

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*

        Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

David Matthew Haynie
Bar No. 24087692
matthew@foresterhaynie.com

**and**   **DEFENDANTS TSUNAMI, INCORPORATED, and JOSEPH KOVERA**

AMUNDSEN DAVIS LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-464-4100

Debra A. Mastrian
Bar No. 17863-30
dmastrian@amundsendavislaw.com

AMUNDSEN DAVIS LLC
500 South High Street, Ste. 1200
Columbus, Ohio 43215
Telephone: 614-229-4563

*/s/ Christopher R. Green*___
Christopher Green
Bar No. 0096845
cgreen@amundsendavislaw.com