IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs.   No. 2:22-cv-283-AZ | |
| **TSUNAMI, INCORPORATED, and JOSEPH KOVERA** | **DEFENDANTS** |

### ORDER GRANTING JOINT MOTION TO EXTEND DISMISSAL DEADLINE

The Court having reviewed the Parties' Joint Motion to Extend Dismissal Deadline, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the deadline to file any motions to dismiss is extended to February 26, 2025.

ORDERED on _____ ____, 2025.

_____
**Hon. Abizer Zanzi**
United States Magistrate Judge