IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**JORDYN MARTINEZ, Individually and on
Behalf of All Others Similarly Situated**                                  **PLAINTIFF**

vs.                               No. 2:22-cv-283-AZ

**TSUNAMI, INCORPORATED,
and JOSEPH KOVERA**                                                        **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jordyn Martinez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Tsunami, Incorporated, and Joseph Kovera ("Defendants"), by and through their undersigned counsel, file this Joint Stipulation of Dismissal with Prejudice. In support, the Parties state as follows:

1. Plaintiff filed this lawsuit on September 30, 2022. ECF No. 1.

2. On October 23, 2024, the Parties first informed the Court that they had reached a settlement in principle in a Joint Status Report. ECF No. 42.

3. Plaintiff never moved for conditional certification of this matter and no other individual ever filed a consent to opt-in to this lawsuit as a putative plaintiff.

4. The Parties fully settled this matter and wish to dismiss the above-styled cause with prejudice. The Parties wish for their settlement agreement to remain private.

5. The Parties have been represented by counsel throughout this litigation, including through conclusion of settlement negotiations.

6. "The Seventh Circuit has 'never explicitly held that court approval of individual FLSA settlement agreements is required,' . . . [and] 'the FLSA does not explicitly

Page 1 of 3
**Jordyn Martinez v. Tsunami, Incorporated and Joseph Kovera**
**U.S.D.C. (N.D. Ind.) No. 2:22-cv-283-AZ**
**Joint Stipulation of Dismissal with Prejudice**

require it.'" *Jackson v. Dovenmuehle Mortg., Inc.*, Case No. 22-CV-1280-JPS, 2023 U.S. Dist. LEXIS 113086, at *3 (E.D. Wis. June 30, 2023) (quoting *Unifirst Corp. v. Rapshus*, Case No. 23-CV-97-JPS, 2023 U.S. Dist. LEXIS 125371, at *2 (E.D. Wis. May 15, 2023) (internal citations omitted)). *See also Jackson*, 2023 U.S. Dist. LEXIS 113086, at *3 (quoting *Alcantara v. Duran Landscaping, Inc.*, Case No. 2:21-CV-03947-JDW, 2022 U.S. Dist. LEXIS 122552, at *5 (E.D. Pa. July 12, 2022)) ("noting that neither 29 U.S.C. § 216(b)-(c) 'nor any other part of the FLSA requires a court to approve a settlement between an individual plaintiff and an employer.'").

7. Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

**JORDYN MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

FORESTER HAYNIE, PLLC
11300 North Central Expy., Suite 550
Dallas, Texas 75243
Telephone: (214) 210-2100

David Matthew Haynie
Bar No. 24087692
matthew@foresterhaynie.com

Page 2 of 3
Jordyn Martinez v. Tsunami, Incorporated and Joseph Kovera
U.S.D.C. (N.D. Ind.) No. 2:22-cv-283-AZ
Joint Stipulation of Dismissal with Prejudice

|   |   |
|---|---|
| and | **DEFENDANTS TSUNAMI, INCORPORATED, and JOSEPH KOVERA** |

AMUNDSEN DAVIS LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-464-4100

Debra A. Mastrian
Bar No. 17863-30
dmastrian@amundsendavislaw.com

AMUNDSEN DAVIS LLC
500 South High Street, Ste. 1200
Columbus, Ohio 43215
Telephone: 614-229-4563

*/s/ Christopher R. Green*___
Christopher Green
Bar No. 0096845
cgreen@amundsendavislaw.com

**Page 3 of 3**
**Jordyn Martinez v. Tsunami, Incorporated and Joseph Kovera**
**U.S.D.C. (N.D. Ind.) No. 2:22-cv-283-AZ**
**Joint Stipulation of Dismissal with Prejudice**